E-FILED
Tuesday, 19 October, 2010  05:12:49 PM
Clerk, U.S. District Court, ILCD

# MOTION FOR STAY OF ALL PROCEEDINGS

OCTOBER 19, 2010

FROM:   MR. MICHAEL A. SANDERS

TO:     THE HONORABLE JUDGE EVANS

RE:     CASE 09-3207

FILED
OCT 1 9 2010
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The law firm of Baker, Baker and Krajewski shall enter a motion to withdraw as legal counsel within 48 hours of the date of this motion. This court is requested to grant the motion to withdraw.

Plaintiff Sanders is currently without legal counsel. Plaintiff Sanders requests that this court grant a stay of all proceedings until such time as Plaintiff Sanders retains competent legal counsel. Plaintiff Sanders asserts that he can secure competent legal counsel within 6 months of the date of this request and requests a 6 month stay from this court.

It is noted that Plaintiff Sander does not seek any change in the scheduled trial date of this case. Plaintiff Sanders merely seeks to hold all proceedings related to this case in abeyance until he secures competent legal counsel.

Plaintiff Sanders also seeks to inform this court that inherent in this "motion for a stay of proceedings" is the desire that a deposition of Dr. Terry Killian and two other individuals be taken prior to trial. Additionally, Plaintiff Sanders will seek approximately 5 subpoenas from this court. Plaintiff Sanders new legal counsel will

also seek to review and amend responses to the Defendants July 2010 Interrogatories and Motion to Produce.

Wherefore, Plaintiff Sanders respectfully requests that this honorable court grant a 6 month stay of all proceedings in this matter.

Any questions regarding this motion for a stay of proceedings are to be directed to plaintiff Sanders at the following address and phone number:

> Mr. Michael A. Sanders
> 400 E. Jefferson #205
> Springfield, Illinois 62701
> (217)-361-2237