E-FILED
Wednesday, 20 October, 2010   04:00:31 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case: 09-3207 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO WITHDRAW

COMES NOW James P. Baker and Baker, Baker & Krajewski LLC and by this motion requests that they be allowed to withdraw from the representation of the Plaintiff, Michael Sanders, in the above matter. In support of this motion James P. Baker states as follows:

1. That James P. Baker has represented the interests of the Plaintiff, Michael Sanders, since the inception of this proceeding.

2. That the Plaintiff, Michael Sanders, and counsel have an apparently unresolvable dispute relating to the manner in which this case should be pursued as well as other issues relating to the representation of the interests of the Plaintiff, Michael Sanders.

3. That the Plaintiff, Michael Sanders, has requested that the firm of Baker, Baker & Krajewski LLC and James P. Baker be allowed to withdraw as his counsel in this proceeding.

4. That due to a breakdown in the relationship between the Plaintiff, Michael Sanders, and his counsel which counsel does not anticipate being repairable, it is

in the best interests of the Plaintiff, Michael Sanders, to retain alternative counsel.

WHEREFORE, James P. Baker respectfully requests that he and the firm of Baker, Baker & Krajewski LLC be allowed to withdraw as counsel for the Plaintiff, Michael Sanders, in the above proceeding.

By: s/ James P. Baker
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: bschrader2@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Amy Petry Romano
    Assistant Attorney General
    Office of the Attorney General
    500 South Second Street
    Springfield, Illinois 62701

a copy of this instrument was sent by certified mail to:

Michael Sanders
400 East Jefferson Street
Apartment 205
Springfield, Illinois 62701

and deposited in the United States Mail from the office of the undersigned this 20th day of October, 2010.

                                          BY:   s/ James P. Baker
                                                      James P. Baker
                                                      Bar Number: 0097802
                                                      Baker, Baker & Krajewski, LLC
                                                      415 South Seventh Street
                                                      Springfield, Illinois 62701
                                                      Telephone: (217) 522-3445
                                                      Facsimile: (217) 522-8234
                                                      E-mail: bschrader2@gmail.com