## NOTICE CONCERNING WAIVER OF JUDICIAL DISQUALIFICATION

FROM:   Barb Hansen, Division Manager
U.S.    District Court, Clerk's Office
TO:     Counsel of Record
RE:     09-3207 Sanders v Illinois Department of Central Management Services

The Code of Judicial Conduct provides (with exceptions not pertinent to this case) that a judge shall disqualify himself or herself if "the judge's impartiality might reasonably be questioned". Id. at Canon 3C(1); see also 28 U.S.C. § 455(a) (same). However, the judge may participate in the proceeding if all the parties and lawyers, after notice of the basis for disqualification, agree in writing to waive the disqualification under a procedure independent of the judge's participation. Id. at Canon 3C(1), commentary; see also Canon 3D (process for remittal of disqualification).

Unless a waiver is obtained from all parties and all counsel, Judge Sue E. Myerscough intends to disqualify herself in this proceeding because of the following circumstances:

Between 1998 and 2011, Judge Myerscough served in the Illinois State Court Judiciary, as an Appellate Court Justice of the Fourth District Appellate Court, State of Illinois. On January 19, 2011, Dawn Auten filed a complaint in the United States District Court, Central District of Illinois, naming Judge Myerscough as a defendant in Case No. 11-3013. Ms. Auten's complaint was dismissed and is currently on appeal to the Seventh Circuit Court of Appeals. The Office of the Illinois Attorney General is currently representing Judge Myerscough in this matter.

If you and your client(s) wish to waive the Judge's disqualification, letters to that effect from you and from your client(s) must be sent to me within fourteen (14) days of the date of this Notice. THE LETTERS

SHOULD NOT BE E-FILED. The letters should not be sent to the Judge and copies should not be sent to other counsel. If all parties and all counsel submit such letters, this Notice and all responses will be made part of the record, as required by Canon CE(1), and the Judge will continue participating in the proceeding. If a waiver is not received from all parties and all counsel, this Notice and any responses will be kept under seal by the Clerk and not shown to the Judge, nor will the Judge be informed of the identity of any party or lawyer who declined to waive disqualification. If the disqualification is not waived, the case will be reassigned to another judge.