# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL A. SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 09-CV-3207 |
| | ) |
| ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) ) ) |
| | ) |
| Defendant. | ) |

## OPINION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendant Illinois Department of Central Management Services' Motion to Compel (d/e 35) (Motion). The Motion was filed on June 2, 2011. The certificate of service shows that the Defendant mailed the Motion on that date to Pro Se Plaintiff Michael A. Sanders at his mailing address, as reflected in the Court's file, 400 East Jefferson, Apt. #205, Springfield, Illinois 62701. Motion, Certificate of Service. Sanders was required to respond to the Motion within fourteen days of service of the Motion. Local Rule 7.1(B)(2). Sanders had three additional days (or a total of seventeen days) to respond to the Motion

because he was served by mail.  Fed. R. Civ. P. 5(b)(2)(C) and 6(d).  The seventeenth day after June 2, 2011, was June 19, 2011, a Sunday.  When a response is due on a Sunday, the time to respond is extended to the next day that is not a legal holiday.  Fed. R. Civ. P. 6(a)(1)(C).  Thus, Sanders was required to respond to the Motion by Monday June 20, 2011.  The Local Rules state that the presiding judge will presume that there is no opposition to a motion when a party does not respond to the motion within the time allowed, and may rule on the motion without further notice to the parties.  Local Rule 7.1(B)(2).

The deadline for responding to the Motion, June 20, 2011, has passed, and Sanders has not responded.  The Court, therefore, presumes that Sanders has no objection to the Motion.  Because the Motion is unopposed, the Court allows the Motion and directs Sanders to produce the discovery requested in the Motion.

WHEREFORE, Defendant Illinois Department of Central Management Services' Motion to Compel (d/e 35) is ALLOWED.  Plaintiff Michael A. Sanders has not responded to the Motion, and so, is presumed to have no opposition to the Motion.  Plaintiff Michael A. Sanders is ordered to answer the Defendant's Interrogatories and produce documents

responsive to Defendant's Request to Produce as set forth in the Motion by July 22, 2011.

ENTER: June 27, 2011

*s/ Byron G. Cudmore*
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE
