E-FILED
Wednesday, 13 July, 2011 01:24:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
JUL 11 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL SANDERS ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> ILLINOIS DEPARTMENT OF CENTRAL ) <br> MANAGEMENT SERVICES ) <br> ) <br> DEFENDANT ) <br> ) <br> ) <br> ) | 09-3207 |

## MOTION FOR A PRE TRIAL DETERMINATION

Now comes the pro-se Plaintiff Michael A. Sanders and motions this court for a pre-trial determination regarding the release of documentation by Dr. Terry Killian, a psychiatrist.

Plaintiff Sanders states that Dr. Terry Killian, a licensed psychiatrist, released information to Defendant against the will of Plaintiff Sanders in violation of the law.

## CERTIFICATE OF SERVICE

Pro se plaintiff, Michael A. Sanders, herein certifies that he has served a copy of the foregoing instrument with all attachments, VIA HAND DELIVERY, on July 11 2011 upon:

Amy Petry Romano

Illinois Attorney Generals Office

500 South 2nd Street

Springfield, Illinois 62702

---

The following documents are attached to this instrument:

- 6 letters Plaintiff Sanders received from CMS which ordered Plaintiff Sanders to attend IME's Appointments with Dr. Terry Killian
- 3 letters which Plaintiff Sanders sent to Dr. Terry Killian
- 1 letter which Dr. Terry Killian sent to CMS regarding Plaintiff Sanders
- Partial transcript of proceedings before the Illinois Department of Employment Security

Questions or concerns may be directed to:

Michael A. Sanders

400 E Jefferson #205

Springfield, Illinois 62701

(217)-361-2237