

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

OCT 1 9 2011

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL SANDERS ) | |
| ) | |
| PLAINTIFF ) | |
| ) | 09-3207 |
| v. ) | |
| ) | |
| ILLINOIS DEPARTMENT OF CENTRAL ) | |
| MANAGEMENT SERVICES ) | |
| ) | |
| DEFENDANT ) | |

## MOTION TO BAR DEFENDANT FROM ARGUING CERTAIN DEFENSES

Now comes the pro-se Plaintiff, Michael A. Sanders, and petitions this Court to bar Defendant from employing certain defenses which it is attempting to use in this federal litigation.

Defendant is employing arguments in defense of the litigation before this Court which it has not previously relied upon.

This motion relates specifically to Defendants Affirmative Defense no. 2 but is not limited to that Defense.

## CERTIFICATE OF SERVICE

Pro se plaintiff, Michael A. Sanders, herein certifies that on October 19, 2011 he has served a copy of the foregoing instrument with all attachments, VIA HAND DELIVERY, upon:

Amy Petry Romano

Illinois Attorney Generals Office

500 South 2nd Street

Springfield, Illinois 62702

---

Questions or concerns may be directed to:

Michael A. Sanders

400 E Jefferson #205

Springfield, Illinois 62701

(217)-361-2237