**E-FILED**
Friday, 21 October, 2011  03:14:39 PM
Clerk, U.S. District Court, ILCD

## TIME LINE OF EVENTS FOR THE FOLLOWING ATTACHED DOCUMENTS

| | |
|---|---|
| 6/14/05 | My time sheet was falsified to indicate that I was 10 minutes late after I had arriving at work 30 minutes early and went to see the AFSCME union steward regarding the 1 day suspension.  **[SEE EXHIBIT A1]** |
| | I contacted the personnel office requesting a meeting with the personnel officer regarding what I considered to be harassment in the workplace.  My request for a meeting was refused.  **[SEE EXHIBIT A1]** |
| 6/16/05 | CMS personnel instructed Steve Miller to issue a written procedure that I am to follow in order to leave the room that I work in.  This written procedure was directed solely to me and not to any other CMS employee.  **[SEE EXHIBIT A2]** |
| 6/24/05 | I sent an E-Mail to management relaying to them that Victor Puckett had left the work place at a time when he was supposed to be present.  **[SEE EXHIBIT A3]** |
| 6/25/05 | I was docked 1 hours pay for leaving 1 hour early from work on an occasion when no supervisor was present to approve the time off.  **[SEE EXHIBIT A4]** |

**THIS TIME LINE DOES NOT REPRESENT THE ENTIRE HARRASSMENT SANDERS WAS SUBJECTED TO.  IT ONLY ATTEMPTS TO SHOW THE DOCUMENTED ORIGINATION OF DEFENDANTS IME CONCERNS**

## TIME LINE OF EVENTS FOR THE FOLLOWING ATTACHED DOCUMENTS

| | |
|---|---|
| 6/28/05 | I received a harassing E-Mail establishing a hostile work environment from Victor Puckett that falsely accused me incorrectly performing a "backout" procedure. Programming staff, in an E-Mail, pointed out to the supervisor that everything had been done correctly. **[SEE EXHIBIT A5]**<br><br>An ELA security guard reported that I had used the restroom most nearest to the guards desk and went to speak with a member of the janitorial crew.  **[SEE EXHIBIT A5]** |
| 6/30/05 | **I received a harassing E-Mail establishing a hostile work environment from Victor Puckett in which he again accused me of improperly performing my duties. [SEE EXHIBIT A6,2]** |
| 7/1/05 | An E-Mail chain is written in which Steve Miller, in part, states the following:<br><br>"........someone should have been checking Michael Sanders work........." [SEE EXHIBIT A6,1] |
| 7/2/05 | 5:01 P.M. - I responded, via E-Mail, to my immediate supervisors (convicted felon Victor Puckett) 6/30/05 E-Mail and suggested that he was racist and needed mental health treatment.  **[SEE EXHIBIT A6,2]**<br><br>5:04 P.M. – I forwarded the programmer/analysts response to Victor Puckett which indicated that I had not done anything wrong.  [SEE A5]<br><br>**5:40 P.M. - Victor Puckett sends an E-Mail indicating that he is "TEED OFF" with being called racist. [SEE A6,3]** |
| 7/3/05 | **Jim Davis sends an E-Mail attempting to persuade management that my 7/2/05 E-Mail is insubordinate. [SEE A6,2]** |
| 7/5/05 | **8:15 A.M – Debby Cowan issues a E-Mail indicating that she believes my 7/2/05 E-Mail is insubordinate [SEE A6,4]**<br><br>**8:32 A.M. – CMS Personnel issues an E-Mail response indicating that they have a problem with the 4th and 5th paragraphs of my 7/2/05 E-Mail. [SEE A6,2]**<br><br>**11:39 A.M. - Manager Debby Cowan forwarded the following E-mail to the CMS personnel department:**<br><br>**"I have been talking with the DHS union steward and looking through the new union contract. We have found reference to being able to put an employee on administrative leave. The article mentions putting the employee on leave until a doctor can determine if they are fit to perform their required duties. The question of Mr. Sanders mental abilities to perform his duties and the safety of other employees is starting to become an issue.  Do you know anything about this course of action?" [SEE A6,5]** |

**TIME LINE OF EVENTS FOR THE FOLLOWING ATTACHED DOCUMENTS**

7/8/05          Email from CMS personnel Liaison to CMS Personnel Director stating, in part, the following:

".......Request to put him on admin. Leave or send to IME – we have no statements from co-workers that would back this up.  If I get one, I will let everyone know........" **[SEE A7]**

7/9/05           Victor Puckett sent me a harassing E-Mail which tends to establish a hostile work environment.  I responded via e-Mail response. **[SEE A8]**

7/10/05         Jim Davis sends and E-Mail to management in an attempt to ameliorate and dismiss my accusation of harassment and disparate treatment.  **[SEE A8]**

# EXHIBIT A1

# THIS EXHIBIT DOCUMENTS THE FASLIFICATION OF MY TIME RECORD BY DEFENDANTS MANAGEMENT STAFF ON 6/14/05

| From: | JIM DAVIS |
|---|---|
| To: | Miller, Steve |
| Date: | 6/14/05 5:06PM |
| Subject: | Sanders / Tardy |

I marked Mike Sanders 10 minutes Tardy today. He checked in and then left without telling anyone where he was going. He claims he told Victor, but Victor only heard him mumble something. He defiantly did not have permission to leave. I found him outside Jayme Lebshier's office and told him he had to leave right then for the meeting. I later talked to Jayme and she did not know Mike was coming. She said frankly she is tired of him showing up unannounced at 4:00 and it is even in violation of the rules. Mike later wanted to argue about being marked tardy and claimed he had arranged the meeting last week. Jayme clearly told me she did not know. I told Mike anytime he is not in the work area at 4:00 and I don't know where he is he will be marked tardy. I filled out a slip for Carol Boyce.

Thanks for your time,   Jim


CC:        Cowan, Debby;  PETRILLI, STEVE

: 00090



Carol Green/SOB/CMS/ILL
06/14/2005 05:28 PM

To   Debra Stout/SOB/CMS/ILL@ILL
cc   Veronica Tozer/SOB/CMS/ILL@ILL
bcc
Subject   Re: Michael Sanders

If he has a complaint, also advise him to place it in writing and/or contact the OEIG.
Debra Stout/SOB/CMS/ILL



Debra Stout/SOB/CMS/ILL
06/14/2005 05:08 PM

To   Carol Green/SOB/CMS/ILL@ILL
cc
Subject   Michael Sanders

Just as a FYI - Mike Sanders called me this afternoon to ask if I could meet with him.  I asked what it was
regarding; in which he stated the constant harassment at his workplace by his supervisor and chain of
command.  I told him he needed to contact his union rep, Jayme Lebshier, and discuss this with her and if
Jayme needed, she can contact me.

Thanks,
Deb

Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702

From:      MICHAEL SANDERS
To:         Davis, James
Date:       06/14/2005 5:18:44 PM
Subject:    TODAY'S ATTENDANCE

Jim,

I arrived at work at 3:30 PM today and signed in at the guards desk. I came to IO prior to 4:00 P.M. and signed in. At 4:00 P.M. I informed Victor Puckett, who was engaged in a conversation with John Wooldridge, that I was going to the 2nd floor to talk with my Union Stewart.

You have been informed of all the above. Despite this knowledge you have persisted in changing my time sheet to indicate that I was 10 minutes late.

I don't feel that your actions are justified and I feel that I am being singled out for special treatment. I feel that actions of this type create a hostile work environment and constitute a form of harrasment.

Therefore, I am requesting that you indictate on my time sheet that I arrived at work today on time and not ten minutes late.

Michael Sanders


CC:         Lebshier, Jayme

# EXHIBIT A2

# THIS EXHIBIT DOCUMENTS HARRASSMENT BY DEFENDANT IN THAT DEFENDANT CONCOCTED A "POLICY" FOR ME TO FOLLOW IN ORDER TO LEAVE THE ROOM IN WORKED IN 6/16/05

From:        <Debra_Stout@cms.state.il.us>
To:          <"Steve_Miller_[DHS084R1.DHSOP24]%SSW"@cms.state.il.us>
Date:        06/16/2005 9:22:20 AM
Subject:     Michael Sanders


I have discussed this instance with Labor Relations.   We would like to do
a "procedural review" in writing to Sanders regarding letting a supervisor
know where he is going when he is leaving his work area.  This needs to
include, politely interrupting the supervisor if he is in a conversation
and get verbal confirmation that the supervisor understands where he is
going and how long, etc.

It was also mentioned to Mike by Jayme, that he needs to follow-up with
emails after he gets confirmation from his supervisor that he can go
somewhere.  If you guys agree, please add that to the review.

Because Victor did state that he heard Mike say something to him but didn't
know what, we really can't pursue discipline.  But if we have this in
writing, next time we will keep going progressive.  Labor mentioned, that
Victor also should have interrupted his conversation and addressed Mike as
to what he said instead of ignoring it, since he did hear him say something
but wasn't sure what.

I have attached the form that we would like used for this.  If it is OK
with you, I would like to review prior to being administered to Mike.

Also, please add the statement that further occurrences could lead to
progressive discipline.

Let me know if you have any questions.

Thanks,
Deb

(See attached file: EMPLOYEE  SUPERVISORY  FILE.doc)

Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702

CC:              <steve.petrilli@dhs.state.il.us>

# EMPLOYEE SUPERVISORY FILE

| EMPLOYEE NAME | DATE: |
|---|---|
| Michael Sanders | 06/16/05 |

_FROM STEVE MILLER_

☐ PERFORMED ABOVE EXPECTATIONS     ☐ PERFORMED BELOW EXPECTATIONS

☐ IMPROVEMENT IN PERFORMANCE     ☐ DECLINE IN PERFORMANCE

☐ COUNSELING SESSION     ☒ PROCEDURAL REVIEW

## 'INCIDENT' DESCRIPTION:

There seems to be a lack of understanding of the proper procedure to follow when informing Supervisory/Management personnel of the need to leave the work place.

On June 14, 2005 you said that you informed your supervisor that you would be leaving the work area to meet with your Union Representative.  You indicated that your supervisor was engaged in conversation with the day shift manager and you told him as you went by where you would be going.

Your supervisor indicated that he heard you say something as you passed by but could not be sure what it was.

Below are some suggestions that will help ensure that there will be no misunderstandings about taking time away from the work place in the future.

## SUGGESTIONS TO IMPROVE EMPLOYEE PERFORMANCE:

The first thing that you must understand is that you "Request" or "Ask" permission to leave the work area for non business related reasons, you don't just tell your manager or supervisor that you will be gone and leave.

If the manager and or supervisor is busy when you have the need to leave the work place, it is ok to politely interrupt them to ask permission to leave the work place.  Make sure that the manager or supervisor hears, understands and acknowledges your request.  Make sure the manager or supervisor knows where you are going and how long you will be gone.  If permission is granted you may then proceed.

As a follow up to the conversation with your manager or supervisor you should then send an email to your manager or supervisor verifying your conversation and their permission for you to proceed.  It is always best to set up your non business related activites ahead of time and ask permission to attend in advance as well.  Then as a reminder, before you go, talk to your manager or supervisor and reconfirm the prearranged time away from the work place.  If you set it up ahead of time and send an email affirming the appointment there  no question as to where you will be going and when you will return.

These procedures are meant to eliminate any chance of misunderstanding between you and your supervisor or manager when you have a need to be away from the work place.  If you follow these procedures there should be no question about when you leave or where you have been or when you will return for non business related absences from the work place.  Be aware that failure to follow these processes could result in additional problems with your attendance in your work place.  Further occurances of unauthorized absence from the work place could lead to progressive discipline.

EMPLOYEE RESPONSE  (not required): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

SUPERVISOR'S  SIGNATURE: _____ DATE : _____

EMPLOYEE'  SIGNATURE: _____ DATE: _____

EMPLOYEE  REFUSED TO SIGN: ____

# EXHIBIT A3

# THIS EXHIBIT DOCUMENTS DEFENDANTS HARRASSMENT AND REFUSAL TO DISCIPLINE VICTOR PUCKETT FOR HIS MISCONDUCT ON 6/24/05

| | |
|---|---|
| **From:** | MICHAEL SANDERS |
| **To:** | PETRILLI, STEVE;DAVIS, JIM;Cowan, Debby |
| **Date:** | 06/24/2005 11:34:13 PM |
| **Subject:** | Input section |

All,

Victor Puckett left today at 7:00 PM which is his normal lunch time. He came back to IO at 7:30 PM and made a phone call and then left again.

At 8:00 PM Chris and I left for lunch which is our normal lunch time. When Chris and I returned at 9:00 PM Victor left IO again and did not return to IO until 11:35 PM.

Thought you all might want to know this.


Michael Sanders

# EXHIBIT A4

# THIS EXHIBIT DOCUMENTS DEFENDANTS FURTHER HARRASSMENT AFTER IT HAD FALSIFIED MY ATTENDANCE RECORD ON 6/14/05

C

To: Mr. Steve Petrilli
From : Victor Puckett
Date: 07/12/05
Subject: June 25th incident

Mr. Petrilli,

On June 25,2005 Michael Sanders left the last hour of the day using vacation time, a sheet was filled out by Mike, then he left, without prior approval. No verbal request for this time off was asked in advance, nor asked on that particular Saturday. After I departed for the night, I had not received any phone calls from Mike or any other employees requesting the use of any time. My understanding is Mike did not call anyone at all and was docked for it.

I/O Control utilizes two in-house phone books specifically for state employees and management. As well as a confidential phone book, listing all of I/O employees and supervisors with their home numbers, cell numbers, pagers etc for all three shifts, with their immediate contacts listed.

Victor B. Puckett

7-12-05

To:      Steve Petrilli
From:    Jim Davis.
re:      Incident on 6-25-05

     Mike Sanders filled out a Leave Request for 1 hour of vacation time and then left without having it approved. He made no effort to contact any of his superiors. He has access to employee phone lists that are used each night in the performance of our jobs. He was docked for that hour.

Respectfully,

Jim Davis



**Debra Stout/SOB/CMS/ILL**
06/28/2005 08:51 AM

To  Carol Green/SOB/CMS/ILL@ILL, Veronica
Tozer/SOB/CMS/ILL@ILL, Kelly Spence/CCC/CMS/ILL@ILL

cc

bcc

Subject  Fw: input section

FYI - More Mike Sanders....

Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702

----- Forwarded by Debra Stout/SOB/CMS/ILL on 06/28/2005 08:50 AM -----



**"STEVE PETRILLI"**
<DHS9043@dhs.state.il.us>
06/27/2005 11:01 AM

To  <Debra_Stout@cms.state.il.us>

cc  "Steve Miller" <DHSOP24@dhs.state.il.us>, "Debby Cowan"
<DHSPA3N@dhs.state.il.us>

Subject  Fwd: RE: input section

Debby,

fyi - From Friday night.   Apparently Michael did not understand the procedural review which
was presented to him the week before.

    Steve

Steve Petrilli, Bureau Manager
MIS Bureau of Operations Services
CMS/DHS
100 South Grand Avenue East
Springfield, IL   62704

Phone 217-785-9628  Fax 217-558-4117  Pager  1-800-602-5134
E-Mail dhs9043@dhs.state.il.us  or  Steve.Petrilli@dhs.state.il.us

"In giving advice, seek to help, not please, your friend."
    Solon (638-559BC) Greek lawgiver & politician.

"Logic will get you from A to B. Imagination will take you everywhere."
    Albert Einstein (1879-1955); physicist and mathematician.

Defend America -  www.defendamerica.mil
-----------------------------------------------------------------------------------------

CONFIDENTIALITY NOTICE: This e-mail and any files or attachments transmitted with it are confidential and may be protected by legal privilege. This e-mail is intended solely for the use of the individual or entity to whom this e-mail is addressed. If you are not the intended recipient of this e-mail, you are hereby notified any use, dissemination, distribution or copying of this e-mail is strictly prohibited.

If you have received this e-mail in error, please notify the sender immediately by e-mail and delete this e-mail from your system.

---------------------------------------------------------------------------------------

>>> VICTOR PUCKETT 6/24/2005 11:52 PM >>>
Mr. Michael Sanders,
I visually witnessed Chris Lael leave the input section first, he stated he was leaving for lunch. He left the parking lot. Then you left I/O control romm, heading for lunch. That is when I asked you if there was anyone in the input section, you stated there was not. I stated you must have releif or ask the output section to cover the phone, etc. You did not, I explained that this must be done. As you were the last availavle staff on the input section who left the area unattended. My message is clear, we must always have someone covering the phones etc. Simply ask someone to cover,the phone, and state I am leaving for lunch. We all do this, I am asking you to do the same. Your message is, if you are the last one presently in the input section. Have someone cover the phone. Thats it! Turning this into what you perceive is meaning less, as I am passing on pertinant information to and for you. I also pass on my mailing etc, to my superiors, no games from me on any part of this job. Follow our policy Mike, it is easy and followed by everyone else. I do not need to address others for something they are not doing. You did it, and I am passing it on to have somone watch the phones before you walk out and leave the area unattended.

>>> MICHAEL SANDERS 6/24/05 9:26 PM >>>
Victor,

Can you explain why this E-MAIL is sent to only me and not to other input section personell. As I am sure you know there are two staff in the input section today. Both staff took lunch at the same time and returned at the same time. Your E-MAIL, however, is only addressed to me. Can you tell me why? Does your policy apply equally to everyone or is your policy only for me?

It seems to me that you are again singling me out for special treatment. Also, since you saw me leaving and you were returning from your break I am quite certain that you came in and provided phone coverage. Was it really necessary for you to send this E-MAIL through the chain of command?

It appears to me that your behavior could be described as racist in that you have again singled me out and sent this E-MAIL through the entire chain of command.

----------
From: VICTOR PUCKETT

**Sent:** Friday, June 24, 2005 8:50 PM
**To:** MICHAEL SANDERS
**Cc:** Debby Cowan; JIM DAVIS; Steve Miller
**Subject:** input section

Mike,

If you are the only person up front on the input section, for any reason. You must wait until someone returns from the restroom, break, or lunch before walking out. I was returning from my break, and you had walked out of the building for your lunch. I asked you, if anyone was up front in I/O, you said I don't think so. I specifically stated you must not leave the area unattended. I also asked Rod Carmen, if you had mentioned to him you were leaving for lunch. You did not.

There must always be a body available for phones, messages, abends, scheduling etc. No excuses for not having someone on the section for coverage. As it is, your normal time you leave for lunch, is 8pm, I understand that, 2 minutes after 8pm I was returning at this time. You must still wait for a returned body for coverage. Do not leave the input section alone if you are here by yourself temporarily. If you need to leave, you must inform someone, anyone available. Or wait until someone returns.

You have been asked before to let someone know of your leaving for lunch, or breaks etc. I do not understand this incident. All of us, tell someone where we are going, you need to do this as well, ALWAYS!! It is our policy, to always have coverage. Stick to it, so there are no more incidents like this again.

# CMS ILLINOIS
## DEPARTMENT OF CENTRAL MANAGEMENT SERVICES

## OFFICIAL LEAVE REQUEST

MIchael Sandini     2582     I/O

Employee's Name (Please Print)     Social Security #     Bureau/Office

1 Request Approval To Be Absent From Work

FROM   25 Jun 05   23:00   TO   25 June 05   00:00   TIME OFF   X   01

    Date     Hour        Date     Hour        Work Days    Hours

And The Absence Charged Against The Following Type Of Leave:

| Hrs / Min | | Hrs / Min | | Hrs / Min | |
|---|---|---|---|---|---|
| 01 : 02 | VA – Vacation | : | EI – Employee Illness | : | CT – Comp Taken |
| : | VW – Vacation / Weather | : | FI – Family Illness | : | HT – Holiday Taken |
| : | PE – Personal | : | DA – Doctor Appointment | :00 | DT – Docked Time |
| : | PW – Personal / Weather | : | DF – Death / Family | : | JD – Jury Duty |
| : | AL – Authorized Leave | : | ML – Military Leave | : | SI – Service Injury |

REMARKS: Employee Did Not Get Prior Approval

Michael S     25 June 05     (Supervisor's Signature)     6-27-05

(Employee's Signature)     (Date)        (Date)

_____ Approved     X Disapproved

    (Division Manager's Signature)     6/27/05 (Date)

CMS-207 IL 401-0682 (Rev 5/93)     DISTRIBUTION: White — Attendance Clerk   Canary — Employee   Pink — Supervisor

2175584117   P.002

JUL-27-2005   17:12   TOTAL P. 002

JUL-08-2005   15:15   DMS

MGT INFORMATION SVCS

217 524 0289   P.48/56



**Debra Stout/SOB/CMS/ILL**
06/28/2005 08:53 AM

To  Carol Green/SOB/CMS/ILL@ILL, Kelly Spence/CCC/CMS/ILL@ILL, Veronica Tozer/SOB/CMS/ILL@ILL

cc

bcc

Subject  Fw: Judgement Call

FYI - Another Mike Sanders email.

Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702
----- Forwarded by Debra Stout/SOB/CMS/ILL on 06/28/2005 08:52 AM -----

**"STEVE PETRILLI"**
<DHS9043@dhs.state.il.us>
06/27/2005 11:20 AM

To  "JIM DAVIS" <DHSOP36@dhs.state.il.us>

cc  <Debra_Stout@cms.state.il.us>, "Steve Miller" <DHSOP24@dhs.state.il.us>, "Debby Cowan" <DHSPA3N@dhs.state.il.us>

Subject  Re: Judgement Call

Jim,

If Michael Sanders left without getting approval from any supervisor or manager(and he has the phone #s for just about everyone), the request should not be approved.

If he was sick, that is one thing, but he would have needed to indicate he was taking sick time. Regardless, even in this case, he would have needed to let a supervisor/manager know.

However, from what I understand, he just left without getting the approval from supervisor or manager (in person or via phone).

As far as the other topic in your email, we will need to get additional information from the guards and in writing.   I do have a question about your email.   Are you stating he came back to work after hours and and was not in a designated work area?  Or are you stating he was wandering the building during working hours?  Or are you indicating both occurred?

Steve Petrilli, Bureau Manager
MIS Bureau of Operations Services
CMS/DHS
100 South Grand Avenue East
Springfield, IL   62704

Phone 217-785-9628  Fax 217-558-4117  Pager  1-800-602-5134
E-Mail dhs9043@dhs.state.il.us  or   Steve.Petrilli@dhs.state.il.us

"In giving advice, seek to help, not please, your friend."
       Solon (638-559BC) Greek lawgiver & politician.

"Logic will get you from A to B. Imagination will take you everywhere."
       Albert Einstein (1879-1955); physicist and mathematician.

Defend America -   www.defendamerica.mil

------------------------------------------------------------------------

CONFIDENTIALITY NOTICE: This e-mail and any files or attachments transmitted with it are
confidential and may be protected by legal privilege. This e-mail is intended solely for the use of
the individual or entity to whom this e-mail is addressed.  If you are not the intended recipient of
this e-mail,  you are hereby notified any use, dissemination, distribution or copying of this e-mail
is strictly prohibited.
If you have received this e-mail in error, please notify the sender immediately by e-mail and
delete this e-mail from your system.

------------------------------------------------------------------------


>>> JIM DAVIS 6/26/2005 10:26 PM >>>
When I came in Sunday there was a Vacation Leave Request submitted by Mike Sanders. He left
an hour early Saturday night. As far as I know, he did not ask anyone for permission to leave.
Victor had called me at home to say he had van trouble and probably could not make it back to
work. I called work and talked to Chris Lael. Chris said it wouldn't be any problem and
everything was fine. There were 3 people still working at that time. I am debating whether to
approve the request since Victor was not present and had taken an hour off himself the night
before. Victor did mention on the request that he had called you first. If Mike had stated he was
sick, I would probably give him the benefit of the doubt, but it is for vacation time. I am inclined
not to approve it, but would like your opinion.

Also, when Victor called me he said the guard Fred had seen Mike Sanders in a after hours
restricted area again. I have not seen any report on this and do not have anymore details at this
time.

Thanks, Jim

 **Debra Stout/SOB/CMS/ILL**
06/28/2005 08:47 AM

To  Veronica Tozer/SOB/CMS/ILL@ILL, Kelly
Spence/CCC/CMS/ILL@ILL, Carol Green/SOB/CMS/ILL@ILL

cc

bcc

Subject  Fw: Debby,

FYI - More Mike Sanders stuff.

Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702

----- Forwarded by Debra Stout/SOB/CMS/ILL on 06/28/2005 08:47 AM -----

**"STEVE PETRILLI"**
<DHS9043@dhs.state.il.us>
06/27/2005 10:56 AM

To  <Debra_Stout@cms.state.il.us>

cc  "Steve Miller" <DHSOP24.PHARR05.DSPI03@dhs.state.il.us>,
"Debby Cowan" <DHSPA3N.PHARR06.DSPI05@dhs.state.il.us>

Subject  Fwd: Debby,

fyi - the below was sent to Debby Cowan and I was cc'd on it.

Will provide more info as it is received from the guards (if they submit a written report).

    Steve

Steve Petrilli, Bureau Manager
MIS Bureau of Operations Services
CMS/DHS
100 South Grand Avenue East
Springfield, IL  62704

Phone 217-785-9628  Fax 217-558-4117  Pager  1-800-602-5134
E-Mail dhs9043@dhs.state.il.us  or  Steve.Petrilli@dhs.state.il.us

"In giving advice, seek to help, not please, your friend."
    Solon (638-559BC) Greek lawgiver & politician.

"Logic will get you from A to B. Imagination will take you everywhere."
    Albert Einstein (1879-1955); physicist and mathematician.

Defend America -  www.defendamerica.mil

-----------------------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: This e-mail and any files or attachments transmitted with it are
confidential and may be protected by legal privilege. This e-mail is intended solely for the use of
the individual or entity to whom this e-mail is addressed.  If you are not the intended recipient of
this e-mail,  you are hereby notified any use, dissemination, distribution or copying of this e-mail
is strictly prohibited.
If you have received this e-mail in error, please notify the sender immediately by e-mail and
delete this e-mail from your system.
-----------------------------------------------------------------------------------------

>>> VICTOR PUCKETT 6/25/2005 12:00 AM >>>
Debby,
As you know my problem with my car and I called you. I guess during this time, Mr. Michael
Sanders was viewed on the other side of the building again. By both guards, during the time I
was out for lunch etc. Both guards asked for me, and then stated why to Rod Carman. It was
stated that Mike Sanders had walked clear down to the supply area and was being followed by
the guard Fred Scott- Fred apparently said, he tried to catch up to him, but Mike had gone all the
way around the south west end of the buidling and came into I/O from the back area. Fred Scott
stated he would be here on Tuesday to provide info. Also, Fred Scott stated to Rod Carman that
he wanted him wrote up for it, and I was told that the other guard working with Fred had
witnessed this as well. My hands are tied at this point. A e-mail from me to Mike and a responce
from both to each other. This is a different situation and I am passing it on to my suppiors as
instructed. I can be reached anytime at 638-6209 24hrs a day!

transmission in error, please immediately notify the sender by telephone to arrange for the secure return of the documents.
Debra Stout/SOB/CMS/ILL



| | Debra Stout/SOB/CMS/ILL | | |
|---|---|---|---|
| | 06/30/2005 08:31 AM | To | Carol Green/SOB/CMS/ILL@ILL, Veronica Tozer/SOB/CMS/ILL@ILL |
| | | cc | |
| | | Subject | Fw: 1 HOUR VACATION TIME |

FYI -
Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702
----- Forwarded by Debra Stout/SOB/CMS/ILL on 06/30/2005 08:31 AM -----



| | "JIM DAVIS" <DHSOP36@dhs.state.il.us> | | |
|---|---|---|---|
| | 06/28/2005 10:52 PM | To | "MICHAEL SANDERS" <DHSIO03@dhs.state.il.us>, "Debby Cowan" <DHSPA3N@dhs.state.il.us> <Debra_Stout@cms.state.il.us>, "STEVE PETRILLI" <DHS9043@dhs.state.il.us>, "Steve Miller" |
| | | cc | <DHSOP24@dhs.state.il.us>, "VICTOR PUCKETT" <DHSOP37@dhs.state.il.us>, "Jayme Lebshier" <DHSPA89@dhs.state.il.us> |
| | | Subject | Re: 1 HOUR VACATION TIME |

```
Michael, the glaring difference is Victor called me to request the time
off due to his van breaking down.  You have access to the phone numbers
of all of your superiors and called no one. Everyone including you knows
they must have approval before taking off.  Just filling out a Request
Form does not mean it is approved.  It may be denied especially on short
notice.  A supervisor will decide on an individual basis who gets off
and when.  You do not decide. You left without approval.  You deserved
to at least be docked the hour and will again if you choose to ignore
the rules.  You can rely on me for that.

Jim Davis

>>> MICHAEL SANDERS 6/28/05 10:35 PM >>>
Jim,


I requested 1 hour of vacation on 25 June 05.  You have denied this
time stating that "emplyee did not get prior approval".  You are
processing this request for leave as a "docked time".

Victor Puckett left for lunch on 25 June 05 and later called the office
stating that he would not be able to return to the office.  You were
```

: 02444

contacted and relayed that he should fill out a leave request on his next working day and that you would approve the time.

Because Victor left early there was no supervisor in the office. Because no supervisor was in the office no one was available to approve my leave request.  I am quite sure that you are aware of this.

You could very easily have approved this time rather than process this as a dockage.  You could have treated me in the same way that you treated Victor instead of citing all these technicalities.

I just wanted to thank you for letting me know just how much I can rely on you.


Michael Sanders

# EXHIBIT A5

# THIS EXHIBIT DOCUMENTS PUCKETTS ACCUSAL THAT I HAD INCORRECTLY PERFORMED JOB FUNCTIONS.  MY WORK WAS REVIEWED BY "ANALYST" SUSAN TWITCHELL WHO CONLCUDED THE OPPOSITE ON ~~6/14/05~~

## Unknown

**From:**      MICHAEL SANDERS
**Sent:**      Saturday, July 02, 2005 5:04 PM
**To:**        PUCKETT, VICTOR
**Cc:**        STOUT, DEBRA;PETRILLI, STEVE;DAVIS, JIM;Cowan, Debby
**Subject:**   RE: FW: 1660k

Victor,

The programmer says that nothing was wrong the backout I performed on this job.

Michael Sanders

**From:**      Susan Twitchell
**Sent:**      Wednesday, June 29, 2005 8:02 AM
**To:**        SANDERS, MICHAEL
**Subject:**   Re: FW: 1660k

The backout looks like it ran just fine.  Thanks for following up with this!

>>> MICHAEL SANDERS 06/28/05 9:38 PM >>>
Susan,

Can you take a look at the backout for DHS1660k and E-MAIL me about whether you thuink it was done properly?

Michael Sanders

**From:**      VICTOR PUCKETT
**Sent:**      Tuesday, June 28, 2005 8:32 PM
**To:**        MICHAEL SANDERS
**Cc:**        JIM DAVIS
**Subject:**   1660k

Hey Mike,
      I stated to run the back out step for 1660k due to the abend within step06.  Also, when it is completed, we will continue on with the rest of the schedule, after the back out is completed.  I noticed you had placed the required A02PARM= to 0004, yet you retarted the job in step04, rather than step02 as the instructions state in steps 2,4 +6 .  Step04, has a specific NEVER RESTART IN THIS STEP applied to the instructions.  As a caution for these jobs and specific requests within the job instructions by the programmers.  We should always follow them all.  Like I said you placed the A02PARM as required by the step instructions, then ran from step04, should have run from step02.
      Just a reminder, when backouts take place, then we always follow those instructions for the back out purposes.  Other abends, we may restart in necessary steps to get the job completed successfully.   Basically, the A02PARM tells step04 to execute which runs a back out for the db's.  That is the request by the instructions.  Thanks!

Dev 4 - 0'366

 Debra Stout/SOB/CMS/ILL
06/30/2005 08:30 AM

To Veronica Tozer/SOB/CMS/ILL@ILL, Carol
Green/SOB/CMS/ILL@ILL

cc

bcc

Subject Fw: Sanders / Roaming June 24th

FYI -

Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702
----- Forwarded by Debra Stout/SOB/CMS/ILL on 06/30/2005 08:29 AM -----

 "JIM DAVIS"
<DHSOP36@dhs.state.il.us>
06/28/2005 05:16 PM

To <Debra_Stout@cms.state.il.us>, "STEVE PETRILLI"
<DHS9043@dhs.state.il.us>, "Steve Miller"
<DHSOP24@dhs.state.il.us>, "Debby Cowan"
<DHSPA3N@dhs.state.il.us>

cc

Subject Sanders / Roaming June 24th


Victor talked to guard Fred about the incident. Apparently Mike used the
restroom down the hall behind the guards room. When he came out, he went
the other way through the offices to return to I/O.  They tried to
follow him, but couldn't keep up.  I know he is aware and annoyed that
they watch him, but that is their job. Anyway, they didn't consider it
serious enough to file a report, so that's all for now.

Mike was docked 1 hour leaving without prior apporval  on June 25th.

Jim

# EXHIBIT A6,1

# THIS EXHIBIT DOCUMENTS EVENTS DIRECTLY RELATED TO THE REATLIATORY ORIGIN OF DEFENDANTS IME CONCEPTS

VICTOR POCKETT - FWD. DHSM049B

From:      Steve Miller
To:        DON MONTGOMERY;  JIM DAVIS;  JOHN WOOLRIDGE
Date:      7/1/05 8:24AM
Subject:   Fwd: DHSM049B

We looked this abend up in the abend data base and it did not tell the entire story either. Below is what was actually done to the job. Someone should have been checking Michael Sanders work to ensure that he was doing the correct thing. There should be a Y on the call list for any problems with the job, no call was made. I believe that this problem could have been avoided if someone would have checked on the work that was being done.

Stephen L. Miller
Department of Central Management Services
Manager Production Control Section
100 South Grand Avenue East
Springfield, Illinois 62762
Office: 217-557-9410  Fax: 217-558-4117
DHSOP24@DHS.STATE.IL.US

>>> Christina Timm 7/1/2005 8:03 AM >>>
Abended last night in STEP290 due to the same carts supplied for symoblic CART22 and CART23. This was our error. However there is no documentation in the shift report stating this abend. However upon review I noticed someone TRIED to fix the job which they did incorrectly as for INPUT (cart22) they supplied a blank cart from carts listed on flow w/one of the correct input carts and then proceeded to supply one of the correct output carts with another scratch cart as well. Job was submitted for execution. THerefore all the input wasn't brought in as the ONE INPUT CART WAS BLANK.

We will have to rerun this job from step290. I'm going to speak with Steve about this so we can confront I/O as to why no call placed for the fix and no documentation in shift report.

THANKS.

CC:        Debby Cowan;  STEVE PETRILLI



| | Debra Stout/SOB/CMS/ILL | To | Carol Green/SOB/CMS/ILL@ILL, Veronica Tozer/SOB/CMS/ILL@ILL, Kelly Spence/CCC/CMS/ILL@ILL, Christy Shewmaker/SOB/CMS/ILL@ILL |
| --- | --- | --- | --- |
| | 07/01/2005 11:11 AM | cc | |
| | | bcc | |
| | | Subject | Fw: NOTE 07/01/05 11:07:42 |

FYI - Another Mike Sanders issue.  I will add to our Tuesday discipline meeting agenda.

Thanks,
Deb

Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702
----- Forwarded by Debra Stout/SOB/CMS/ILL on 07/01/2005 11:09 AM -----



| | JIM DAVIS <DHS084R1.DHSOP36@SSW> | To | Debra Stout/SOB/CMS/ILL@ILL |
| --- | --- | --- | --- |
| | 07/01/2005 11:07 AM | cc | DEBBY COWAN <DHS084R1.DHSPA3N@SSW>, VICTOR PUCKETT <DHS084R1.DHSOP37@SSW>, Steve Miller <DHS084R1.DHSOP24@SSW>, STEVE PETRILLI <DHS084R1.DHS9043@SSW> |
| | | Subject | NOTE 07/01/05 11:07:42 |

Deb, I am asking for permission to discipline Michael Sanders for improper performance and insubordination on Thursday June 30th.

Mike was assigned to correcting JCL problems. He has been told in the past to consult with a supervisor before making changes to jobs. He did not on many instances on this date. I went to lunch early as I had 38 program moves to do and wanted to get an early start on them. I was back in plenty of time for Mike to pass on any problems to me before he went to lunch. He did not. I periodically search for abends. I found quite a few. I then checked the abend data base to see if anything had been done and found nothing. I consulted with Victor and Mike had not said anything to him either. We found notes by his station on the abended jobs. He had made changes and said nothing to us, nor had he entered the problems into the abend data base. Victor and I spent a considerable amount of time trying to locate all of the abends and ascertain what Mike had done with them. We have a printer that kicks out abends every half hour. He had not been giving those to us either. Mike had made changes to jobs that had not even ran yet based on abends we had the night before. Again, he did not consult with us first. I just found out today there was one job that abended and we missed it. Apparently Mike tried to fix it and then left it, again without telling us.

Later that night Mike had been talking to a programmer for an extended period and Victor wanted to talk to them. Mike did not want to give Victor the phone. Victor had to ask numerous times to speak to the programmer. Mike was very irrate about it. He said he was dealing with the problem and Victor should not be stepping in. I told Mike that was Victor's job and we would tell him how it was going to be, not the other way around. Mike was very agitated and

: B2448

argumentive. Victor went well out of his way to calmly tell Mike what he was doing and why. Mike just kept going on and on. At that time we had less than a half hour to tie up any lose ends before passing off to third shift. I had to tell Mike to back off and put the abended job information into the data base, so Victor could put it in the shift report and we could all get back to work. We were very busy and did not have the time for this, and it should have not been necessary. We encourage input from our people. We like for them to state the problem and what they think should be done to fix it. But, then it is up to a supervisor to make the decision. Mike just does not understand this. If you do not agree with him, he will argue as long as you let him. He gets loud, and frankly, rude.

I do not feel that Michael Sanders is a team player, and he is a liability to the proper performance of our unit. He appears to have no respect for rules or authority. If you feel discipline is in order, please let me know how you wish for me to proceed.

Respectfully,   Jim Davis

: B2449

# EXHIBIT A6,2

# THIS EXHIBIT DOCUMENTS EVENTS DIRECTLY RELATED TO THE REATLIATORY ORIGIN OF DEFENDANTS IME CONCEPTS

## DeSalle, Diana M.

**From:**      Open ID Open ID [DHSPA89@dhs.state.il.us]
**Sent:**      Tuesday, July 05, 2005 8:41 AM
**To:**        STEVE PETRILLI
**Subject:**   Fwd: RE: jcl


Steve:
    I see you got a copy of this also. What in Sam Hill is up with this now ?


Jme


>>> MICHAEL SANDERS 07/02/05 5:01 PM >>>
Victor,

On 6/29/05 8 abends occured on 2nd shift. These abends were corrected by me and noted in
your shift report so that the neccesary JCL corrections could be made. You were informed
of every action that I took.

On 06/30/05 17 abends occured on 2nd shift that were corrected by me and noted in your
shift report so that the necessary JCL corrections could be made. You were informed of
every action that I took.

On 06/30/05 I noticed that many of the necessary JCL corrections for the 6/29/05 abends
had not been made to the programs. This would have caused the total number of abends for
06/30/05 to be over 20. I corrected the JCL prior to these programs running. This caused
the total number of 2nd shift abends for 06/30/05 to not number above 20. I informed you
of my actions and you noted these actions in your shift report.

Predictably, you now seek to complain about fictional polices and procedures. It is
evident to me that no action that I take can be properly acknowleged by you. I believe
that your failure to properly acknowledge my work is due to little more than your acute
racism and bigotry. In my opinion You have developed some type of fetish with this
African American employee that you need to address with higher management. The directions
that you provide are little more that subterfuge to disguise your racial fetish and
increase the amount of work that I would have to perform.

Perhaps, the distinction between slaves and subordinate employees is not clear to you. I
suggest that you seek mental health counseling on obtaining a better understanding of the
differences between the two and on how to properly work with your employees. You are to
interpret this as saying that I believe that you are in need of mental health treatment.

Michael Sanders



          ----------
From:    VICTOR PUCKETT
Sent:    Thursday, June 30, 2005 9:04 PM
To:      MICHAEL SANDERS
Cc:      Debby Cowan; JIM DAVIS
Subject:    jcl

     Mike,
      In the future, DO NOT fix any jobs that have not abended or blown off. Unless a
job abends, do not go into them and apply changes before their runs unless directed to do
so by a supervisor. It is not our job to change things in jobs when we arrive to work.
Fix when abended only. Also, do not make changes unless you have conversed with a
supervisor. I believe I asked you this a month ago.
      Mike overall decent working skills, however, we have to follow our guides. It is
production controls job and the programmers jobs to apply the necessary changes. We
during the course of their runs, will fix jobs as they abend. So avoid jumping into jobs
and making any changes without first consulting a supervisor or admin specialist in their
absence on down the line. I would appreciate it.

                                          1

00620



Debra Stout/SOB/CMS/ILL
07/05/2005 08:32 AM

To   Veronica Tozer/SOB/CMS/ILL@ILL, Carol Green/SOB/CMS/ILL@ILL, Christy Shewmaker/SOB/CMS/ILL@ILL, Kelly Spence/CCC/CMS/ILL@ILL

cc   Richard Kirbach/SOB/CMS/ILL@ILL

bcc

Subject   Fw: jcl

More on Sanders for discussion this afternoon - the fourth and fifth paragraphs of Mike's email to his supervisor, Victor, is the big concern..   I highlighted those areas.

Thanks,
Deb

Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702
----- Forwarded by Debra Stout/SOB/CMS/ILL on 07/05/2005 08:28 AM -----



"JIM DAVIS"
<DHSOP36@dhs.state.il.us>
07/03/2005 07:13 PM

To   <Debra_Stout@cms.state.il.us>

cc   "STEVE PETRILLI" <DHS9043@dhs.state.il.us>, "Steve Miller" <DHSOP24@dhs.state.il.us>, "Debby Cowan" <DHSPA3N@dhs.state.il.us>

Subject   Fwd: RE: jcl

```
Does anyone else feel this email in itself  to a supervisor is
insubordination?
----- Message from "MICHAEL SANDERS" <DHSIO03@dhs.state.il.us> on Sat, 02 Jul 2005 17:01:36
-0500 -----
     To: "VICTOR PUCKETT" <DHSOP37@dhs.state.il.us>
         "DEBRA STOUT" <AID9902.DPA084R2.SNADS@dhs.state.il.us>, "STEVE
         PETRILLI" <DHS9043@dhs.state.il.us>, "JIM DAVIS" <DHSOP36@dhs.state.il.us>,
    cc:  "Debby Cowan" <DHSPA3N@dhs.state.il.us>, "Jayme Lebshier"
         <DHSPA89@dhs.state.il.us>
  Subjec  RE: jcl
     t:
Victor,
```

On 6/29/05 8 abends occured on 2nd shift.  These abends were corrected by me and noted in your shift report so that the neccesary JCL corrections could be made.  You were informed of every action that I took.

On 06/30/05 17 abends occured on 2nd shift that were corrected by me and noted in your shift report so that the necessary JCL corrections could be made.  You were informed of every action that I took.

On 06/30/05 I noticed that many of the necessary JCL corrections for the 6/29/05 abends had not been made to the programs. This would have caused the total number of abends for 06/30/05 to be over 20. I corrected the JCL prior to these programs running. This caused the total number of 2nd shift abends for 06/30/05 to not number above 20. I informed you of my actions and you noted these actions in your shift report.

Predictably, you now seek to complain about fictional polices and procedures. It is evident to me that no action that I take can be properly acknowleged by you. I believe that your failure to properly acknowledge my work is due to little more than your acute racism and bigotry. In my opinion You have developed some type of fetish with this African American employee that you need to address with higher management. The directions that you provide are little more that subterfuge to disguise your racial fetish and increase the amount of work that I would have to perform.

Perhaps, the distinction between slaves and subordinate employees is not clear to you. I suggest that you seek mental health counseling on obtaining a better understanding of the differences between the two and on how to properly work with your employees. You are to interpret this as saying that I believe that you are in need of mental health treatment.

Michael Sanders

----------

From:        VICTOR PUCKETT
Sent:        Thursday, June 30, 2005 9:04 PM
To:          MICHAEL SANDERS
Cc:          Debby Cowan; JIM DAVIS
Subject:     jcl

        Mike,
        In the future, DO NOT fix any jobs that have not abended or blown off. Unless a job abends, do not go into them and apply changes before their runs unless directed to do so by a supervisor. It is not our job to change things in jobs when we arrive to work. Fix when abended only. Also, do not make changes unless you have conversed with a supervisor. I believe I asked you this a month ago.
        Mike overall decent working skills, however, we have to follow our guides. It is production controls job and the programmers jobs to apply the necessary changes. We during the course of their runs, will fix jobs as they abend. So avoid jumping into jobs and making any changes without first consulting a supervisor or admin specialist in their absence on down the line. I would appreciate it.

: B2447

# EXHIBIT A6,3

# THIS EXHIBIT DOCUMENTS EVENTS DIRECTLY RELATED TO THE REATLIATORY ORIGIN OF DEFENDANTS IME CONCEPTS

| | |
|---|---|
| From: | VICTOR PUCKETT |
| To: | Debby Cowan; James Davis; Steve Miller; STEVE PETRILLI |
| Date: | 07/02/2005 5:40:24 PM |
| Subject: | Fwd: RE: jcl |

I am getting a bit teed off with being called racists, and bigetory, etc by Mike Sanders.  I passed on what Jim Davis stated was not an option for me, by pulling Mike off of the jcl station for awhile.  My orders were to do this, now I am being called again a racists and according to Mike Sandes in need of mental help. Mike even talks about slavery.  I am upset with this and feel that Mr. Mike Sanders has labled me, and continues to try his best to get under my skin.  I have bent over backwards for Mike, he in turn has slapped me in the face with rude comments, his perceptions of my actions, and still has yet to follow guides that are pre-set in our duties.  I want this problematic person dealt with.  I never in all of my years have ever been against anyone, no matter what color, what size, what sex etc.  I am a people person. How much more do I have to hear from Mike Sanders.

: 00945

# EXHIBIT A6,4

# THIS EXHIBIT DOCUMENTS EVENTS DIRECTLY RELATED TO THE REATLIATORY ORIGIN OF DEFENDANTS IME CONCEPTS

| From: | <Debra_Stout@cms.state.il.us> |
|---|---|
| To: | <DHSPA3N@dhs.state.il.us> |
| Date: | 07/05/2005 8:41:26 AM |
| Subject: | Re: Fwd: RE: jcl |

Mr. Sanders' dock time, and other recent issues will be discussed today at 2PM, with Labor Relations, Personnel, and BCCS management.  I will let you all know the outcome.

Please keep me informed.

Thanks,
Deb


Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702


|  "Debby Cowan" <DHSPA3N@dhs.state.il.us> | | |
|---|---|---|
| | To | <Debra_Stout@cms.state.il.us>, "JIM DAVIS" <DHSOP36@dhs.state.il.us> |
| 07/05/2005 08:15 AM | cc | "STEVE PETRILLI" <DHS9043@dhs.state.il.us>, "Steve Miller" <DHSOP24@dhs.state.il.us> |
| | Subject | Fwd: RE: jcl |


I definately do and will discuss it with Mr. Petrilli.

Debby Cowan
Supervisor, MIS Client Systems Update Unit
Ill Dept of Human Services
DHSPA3N@dhs.state.il.us
217-782-7796



"Debby Cowan"
<DHSPA3N@dhs.state.il.us>

07/05/2005 08:15 AM

To  <Debra_Stout@cms.state.il.us>, "JIM DAVIS"
<DHSOP36@dhs.state.il.us>

cc  "STEVE PETRILLI" <DHS9043@dhs.state.il.us>, "Steve Miller"
<DHSOP24@dhs.state.il.us>

bcc

Subject  Fwd: RE: jcl

I definately do and will discuss it with Mr. Petrilli.

Debby Cowan
Supervisor, MIS Client Systems Update Unit
Ill Dept of Human Services
DHSPA3N@dhs.state.il.us
217-782-7796

>>> JIM DAVIS 07/03/05 7:13 PM >>>
Does anyone else feel this email in itself  to a supervisor is
insubordination?

: 02692

# EXHIBIT A6,5

# THIS EXHIBIT DOCUMENTS EVENTS DIRECTLY RELATED TO THE REATLIATORY ORIGIN OF DEFENDANTS IME CONCEPTS



DEBBY COWAN
<DHS084R1.DHSPA3N@SSW>
07/05/2005 11:39 AM

To  Debra Stout/SOB/CMS/ILL@ILL

cc  JIM DAVIS <DHS084R1.DHSOP36@SSW>. Steve Miller <DHS084R1.DHSOP24@SSW>, STEVE PETRILLI <DHS084R1.DHS9043@SSW>

bcc

Subject  Administrative Leave

Debra,

I have been talking with the DHS union steward and looking through the new contract. We have found reference to being able to put an employee on administrative leave. The article mentions putting the employee on leave until a doctor can determine if they are fit to perform their required duties. The question of Mr. Sanders mental abilities to perform his duties and the safety of other employees is starting to become an issue. Do you know anything about this course of action?

Debby Cowan
Supervisor, MIS Client Systems Update Unit
Ill Dept of Human Services
DHSPA3N@dhs.state.il.us
217-782-7796

# EXHIBIT A7

# THIS EXHIBIT DOCUMENTS DEFENDANTS INITIAL RETALIATORY PLAN TO PLACE SANDERS ON ADMIN LEAVE



Debra Stout/SOB/CMS/ILL
07/08/2005 04:26 PM

To  Veronica Tozer/SOB/CMS/ILL@ILL, Christy Shewmaker/SOB/CMS/ILL@ILL, Julie Moscardelli/CCC/CMS/ILL@ILL

cc  Kelly Spence/CCC/CMS/ILL@ILL, Carol Green/SOB/CMS/ILL@ILL, Richard Kirbach/SOB/CMS/ILL@ILL

bcc

Subject  Michael Sanders

There is so many open issues with Michael, I am going to break them down and my understanding of possible next step -

June 24th - in unauthorized area/roaming of Harris bldg.   Mike was using the restroom down the hall from his work location and went through the offices to return to his work area.   Guards followed him.   Guard did not feel it was serious enough to write up a report.   Mike's supervisor was told about instance from one of the guards.   Since we do not have a statement or incident report and it is third party information. Closed?

June 25th - left work an hour early without an approved CMS 207 or verbal approval from supervisor/manager. I have a copy of CMS 207, which was disapproved and he was charged 1 hr UL. He walked out of work and just put the CMS 207 on his supervisor desk and did not talk to anyone or call anyone for verbal approval.   Both Jim Davis and Victor Puckett have put in writing he did not get verbal approval from either of them.   In his Pre-D on 05/20/05 which we resulting in a 1 day suspension, one of the charges were Chapter 2, Section 3 - Early departure and Chapter 1, Section 2 #8, misuse or abuse of state time...   Do we build off of this and do a Pre-D, or is that reaching and we do a counseling?

June 30th/July 1st - email from Jim Davis/shift manager, regarding Mike's job performance and insubordination regarding correcting JCL problems without consulting a supervisor; abends.   Later that night Mike's supervisor Victor asked to talk with a programmer that Mike had been talking to for awhile; Mike refused.   Mike's voice raised, etc.   (Full email attached below)   Victor also sent an email that night to Mike regarding procedures and to not fix jobs without supervisor's approval, etc.   Pre-D?

July 2nd - Mike's email back to Victor regarding the above mentioned email Victor sent Mike.   Has a tone of insubordination.   (Full email attached).   Pre-D held 05/20/05 which resulted in one-day suspension one of the charges is Chapter 1, Section 2 #3 insubordination, # 17 conduct unbecoming.   He was given a written reprimand 10/10/04, regarding pretty much the same issue, not notifying supervisor regarding abends, and insubordination.   Pre-D?

Request to put him on admin. leave or send to IME - we have no statements from co-workers that would back this up.   If I get one, I will let everyone know.

I think these are all the outstanding issues with him.   Do I do prepare a  Pre-D package for the 25th, 30th, and 2nd issues?

Thanks,
Deb
Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702

$P/2?$

Need to view versus open.

# EXHIBIT A8

# THIS EXHIBIT DOCUMENTS PUCKETTS ILLEGITAMITE CRITICISMS OF SANDERS WORK PERFORMANCE



| Debra Stout/SOB/CMS/ILL | | |
|---|---|---|
| 07/11/2005 08:32 AM | To | Christy Shewmaker/SOB/CMS/ILL@ILL, Carol Green/SOB/CMS/ILL@ILL, Veronica Tozer/SOB/CMS/ILL@ILL, Julie Moscardelli/CCC/CMS/ILL@ILL |
| | cc | Kelly Spence/CCC/CMS/ILL@ILL, Richard Kirbach/SOB/CMS/ILL@ILL |
| | bcc | |
| | Subject | Fw: PROCEDURES #2 / Sanders |

FYI - Another Sanders situation to be looked at tomorrow.

Debra L. M. Stout
BCCS Personnel Liaison
CMS Internal Personnel
(217) 524-0366
Fax (217) 785-7702
----- Forwarded by Debra Stout/SOB/CMS/ILL on 07/11/2005 08:31 AM -----

| "JIM DAVIS" <DHSOP36@dhs.state.il.us> | | |
|---|---|---|
| 07/10/2005 05:47 PM | To | <Debra_Stout@cms.state.il.us>, "STEVE PETRILLI" <DHS9043@dhs.state.il.us>, "Steve Miller" <DHSOP24@dhs.state.il.us>, "Debby Cowan" <DHSPA3N@dhs.state.il.us> |
| | cc | |
| | Subject | Fwd: RE: PROCEDURES #2 / Sanders |

Please review the following email between Mike Sanders and Victor Puckett. I do not care if Mike makes up his own schedule as long as he keeps up the production schedule he is provided with. As Victor has pointed out, he does not do this. We do not care if Mike's personal schedule is updated or not. It is meaningless to us. Mike is aware, and I will tell him again. As far as the reference to checking Chris's schedules, they are checked periodically and have never been found to be a problem. Mike's on the other hand often are, so rightfully they are checked more often. I have already taken Mike off of JCL and making changes to jobs as we cannot rely on him to ask questions first or inform us of what he is doing. Mike's attitude is an ongoing problem that will not go away on it's own and needs to be addressed at a higher level. His racial accusations are unfounded and a poor and pitiful attempt to cover up his own issues. The only person I perceive of having problems with race is Michael Sanders. Once again, this needs to be addressed by upper management in the very near future. Jim Davis
----- Message from "MICHAEL SANDERS" <DHSIO03@dhs.state.il.us> on Sat, 09 Jul 2005 22:08:29 -0500 -----

To: "VICTOR PUCKETT" <DHSOP37@dhs.state.il.us>

cc: "JIM DAVIS" <DHSOP36@dhs.state.il.us>, "Debby Cowan" <DHSPA3N@dhs.state.il.us>

Subject: RE: PROCEDURES #2

Victor,

As you have so eloquently stated: "I picked up the schedule you were to monitor". You did not pick up the schedules monitored by Chris Lehl. You did you review the schedules monitored by Chris Lehl. Am I the only employee in IO who's work you monitor? As I have explained to you before, insofar as I am concerned, I believe that you have racially derived perception problems. I openly wonder if you are aware that you should monitor the work of each employee that reports to you in the same manner.

Your communication's are an insult to my intelligence as a human being and to my dignity as a 14 year state employee. This is not an issue of working on "my own schedule". I monitored the execution of all jobs on the Mental Health schedule tonight and verified that they began at their scheduled start times, ran in the order that they should have, and that each job successfully completed. Simply, because I did not mark them off of the Mental Health schedule immediately after they completed does not mean that I was not aware that they had ran and completed. It also does not provide you with a reason to generate another of your intellectually insulting E-MAILS.

Your message below does not deserve much of a response. However, I would like to make a final point. I noticed that you conducted a "supervisory review" of the Mental Health schedule and marked off of the Mental Health schedule all of the jobs detailed in your list because I had not yet done so.

I wanted to note that even after your "supervisory review"...........YOU STILL MISSED A JOB. The job you missed is DHSCPYT6. This job ran tonight and completed 19:05. I was able to determine this by looking at "my own schedule" after you had returned the Mental Health schedule to me.


Michael Sanders


----------

From:          VICTOR PUCKETT
Sent:          Saturday, July 09, 2005 9:04 PM
To:            MICHAEL SANDERS
Cc:            Debby Cowan; JIM DAVIS
Subject:       PROCEDURES #2


          Mike,
     You had stepped out for a break as I arrived. I picked up the schedule you were to monitor. I found the jobs listed, were not marked as running or completed, when checked each job listed had run and completed, per scheduler and output queue of the D-system.

  Jobs listed> ( DHSCPYT5- DMHDB201- DMHDB202- DMHDB204- DHSM044B- DHSM044E- DHSM0444- DHSM0446- DHSM0447- DHSM049E- DMHUD10- DMHRE91- DHSROCSW- DMHST10-)

Mike also, when asked why these jobs were not marked off as completed

: 00796

or running, no listed predecessors marked off as well.  You stated to me that your schedule, made by you, has those jobs in question marked off. I have explained to you before the schedule provided by Production control is to be kept up, before the schedule you make up on your own. Jim Davis, also stated you were allowed to make up a schedule provided you kept up the production control schedule only.  You walked over to me, to provide me with your schedule, you created, to catch up the production schedule.  Not very professional by any means.

    The procedures given before, were to maintain the provided schedule by production control.  Do that before working on your own schedule.  Keep this in mind, when you create your own schedule for a single night, you may overlook jobs that need to run, you may not run a special production job requested by a programmer, you could very easily miss something by not following or maintaining the normal production schedules.  SO,  keep the normal schedules up, if anyone following your schedules when you leave for break, lunch, the rest of the night etc, should not have to find and locate jobs that have completed over one or more hours ago before being found by someone following your schedules. I stated before you are wasting time making up your own, especially if the one provided is not kept up.

# EXHIBIT A10

# THIS EXHIBIT DOCUMENTS DEFENDANTS LABOR RELATIONS DEPARTMENT INITIATING AN OEIG INVESTIGATION OF SANDERS FOR WORKPLACE VIOLENCE



Veronica Tozer/SOB/CMS/ILL
08/29/2005 04:00 PM

To    Gia Morris/SOB/CMS/ILL@ILL

cc

bcc

Subject    Fw: Mike Sanders, August 26, 2005, Friday night





CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the documents accompanying such) may contain confidential information. Such information is intended only for the use of the individual or entity named above. If you are not the named or intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone to arrange for the secure return of the documents.

----- Forwarded by Veronica Tozer/SOB/CMS/ILL on 08/29/2005 03:48 PM -----



Veronica Tozer/SOB/CMS/ILL

08/29/2005 03:16 PM

To    Debby Cowan/Illinois@Illinois

cc    Christy Shewmaker/SOB/CMS/ILL@ILL

Subject    Fw: Mike Sanders, August 26, 2005, Friday night

Please see below and have Victor call this in (866)814-1113, or the form is on line and he can fax it in at (312) 814-5479.
Should you have any questions, please let me know, thanks.



CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the documents accompanying such) may contain confidential information. Such information is intended only for the use of the individual or entity named above. If you are not the named or intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this

transmission in error, please immediately notify the sender by telephone to arrange for the secure return of the documents.
----- Forwarded by Veronica Tozer/SOB/CMS/ILL on 08/29/2005 02:56 PM -----

| | | |
|---|---|---|
| Ted Hasara/CCC/CMS/ILL 08/29/2005 02:49 PM | To | Veronica Tozer/SOB/CMS/ILL@ILL |
| | cc | Christy Shewmaker/SOB/CMS/ILL@ILL, Debra Stout/SOB/CMS/ILL@ILL, Julie Moscardelli/CCC/CMS/ILL@ILL, Melinda Young/SOB/CMS/ILL@ILL |
| | Subject | Re: Mike Sanders, August 26, 2005, Friday night |

Roni, to confirm our conversation, we believe an OEIG investigation is warranted for this situation. Thanks.

Ted Hasara
Central Management Services
(217) 785-8951
Veronica Tozer/SOB/CMS/ILL



| | | |
|---|---|---|
| Veronica Tozer/SOB/CMS/ILL 08/29/2005 02:43 PM | To | Ted Hasara/CCC/CMS/ILL@ILL |
| | cc | Julie Moscardelli/CCC/CMS/ILL@ILL, Debra Stout/SOB/CMS/ILL@ILL, Melinda Young/SOB/CMS/ILL@ILL, Christy Shewmaker/SOB/CMS/ILL@ILL |
| | Subject | Mike Sanders, August 26, 2005, Friday night |

Ted, please give me a call as I have the faxed signed statement from Victor Puckett.
Victor states he was intimidated against, felt threatened with his presence in his face and Victor felt like Mike acted as if something was going to happen and thought it best to get at least physically away from him .
The OEIG's office investigates misconduct by any employee, allegations, and it states it should promptly report to the Inspector General, in which should of been called on Friday evening when the incident happened.
Please call me, thanks.



CONFIDENTIALITY NOTICE: This e-mail transmission (and/or the documents accompanying such) may contain confidential information. Such information is intended only for the use of the individual or entity named above. If you are not the named or intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone to arrange for the secure return of the documents.