IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, by and through its counsel, LISA MADIGAN, Attorney General of the State of Illinois, and hereby files its Motion for Summary Judgment, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1. In support thereof, the following statements are made:

1. Plaintiff cannot establish a violation of the Americans with Disabilities Act, therefore entitling Defendant to summary judgment.

WHEREFORE, for the foregoing reasons, Defendant ILLINOIS CENTRAL MANAGEMENT SERVICES respectfully requests this honorable Court grant its Motion for Summary Judgment.

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

Amy Petry Romano, #6270427
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217)782-9056
Of Counsel.

By:   s/ Amy Petry Romano
      AMY PETRY ROMANO
      Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL A. SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 09-3207 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CENTRAL MANAGEMENT SERVICES, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 1, 2011, I electronically filed a copy of the foregoing Motion for Summary Judgment, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, in an envelope properly addressed and with postage fully prepaid, the above-described document to the following participant:

    Michael Sanders
    400 East Jefferson, Apt. # 205
    Springfield, IL 62701

                                      Respectfully submitted,

                                      s/ Amy Petry Romano
                                      Amy Petry Romano, #6270427
                                      Assistant Attorney General
                                      500 South Second Street
                                      Springfield, IL  62706
                                      Phone: (217) 782-9056
                                      Fax: (217) 782-8767
                                      E-Mail: aromano@atg.state.il.us