IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO STRIKE PORTIONS OF PLAINTIFF'S
OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Motion to Strike Portions of Plaintiff's Objection to Defendant's Motion for Summary Judgment, states as follows:

1. Plaintiff attempts to add new claims not found in his Complaint in his response to Plaintiff's Motion for Summary Judgment.

2. Plaintiffs cannot allege new claims in response to a motion for summary judgment. *Shanahan v. City of Chicago*, 82 F.3d 776, 781 (7th Cir. 1996), *Speer v. Rand McNallly & Co.*, 123 F.3d 658, 665 (7th Cir. 1997), *Whitaker v. T.J. Snow Co*, 151 F.3d 661, 664 (7th Cir. 1998), *Samuels v. Wilder*, 871 F.2d 1346, 1351 (7th Cir. 1989), *and Conner v. Illinois Department of Natural Resources*, 413 F.3d 675 (7th Cir. 2005) *cert. denied* 546 U.S. 1064, 126 S.Ct. 804, 163 L.Ed.2d 663 (2005).

3. Alternatively, if the Court deems these new claims as properly raised, Defendant requests additional time to respond to these new claims.

WHEREFORE, for the foregoing reasons, Defendant ILLINOIS CENTRAL MANAGEMENT SERVICES respectfully requests this honorable Court grant its Motion to Strike Portions of Plaintiff's Objection to Defendant's Motion for Summary Judgment, or additional time to respond to these new claims if the Court determines the claims are proper.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF
    CENTRAL MANAGEMENT SERVICES,

    Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois,

Amy Petry Romano, #6270427    Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706    By:   s/ Amy Petry Romano
(217)782-9056    AMY PETRY ROMANO
    Of Counsel.    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 22, 2011, I electronically filed Defendant's Motion to Strike Portions of Plaintiff's Objection to Defendant's Motion for Summary Judgment, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, the document to the following non-registered participant:

Michael Sanders
400 East Jefferson, Apt. # 205
Springfield, IL 62701


Respectfully submitted,


   s/ Amy Petry Romano
Amy Petry Romano, #6270427
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: aromano@atg.state.il.us