IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL A. SANDERS, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 09-3207 |
| ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) |
| Defendant. | ) |

**MOTION TO STAY TRIAL**

NOW COMES the Defendant, Illinois Department of Central Management Services, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and submits this motion to stay the trial scheduled in this matter, scheduled for March 6, 2012. In support thereof, Defendant states as follows:

1. Plaintiff and Defendant have both submitted motions for summary judgment seeking to resolve all, or part, of the claims brought by Plaintiff before this Court [Docs. 52, 53-54].

2. In addition, Defendant has filed a motion to strike, requesting that the Court strike additional claims made by Plaintiff in response to Defendant's motion for summary judgment [Doc. 68-69].

3. The Court has not ruled on the motions for summary judgment and the motion to strike.

4. Trial is scheduled for March 6, 2012.

5. A final pre-trial conference is scheduled for February 27, 2012.

6. Pursuant to the Presiding Judge's General Rules for Conduct of Counsel in the Courtroom and During Trial, jury instructions must be exchanged between the parties 10 days

prior to the final pre-trial conference. The deadline for exchanging jury instructions in this case runs today.

7.      Pursuant to Local Rule 16.1(E)(8), motions in limine must be submitted to the Court by February 20, 2012.

8.      At this time, it is uncertain what claims, if any, will be tried. Defendant moves to stay the trial scheduled in this matter, and all pre-trial deadlines, until summary judgment is resolved.

WHEREFORE, for the foregoing reasons, Defendant ILLINOIS CENTRAL MANAGEMENT SERVICES respectfully requests this honorable Court to grant its Motion to Stay Trial, and stay the trial scheduled for March 6, 2012, and all pre-trial deadlines.

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By:   s/ Amy Petry Romano
      AMY PETRY ROMANO
      Assistant Attorney General

Amy Petry Romano, #6270427
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217)782-9056
   Of Counsel.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 17, 2012, I electronically filed Defendant's Motion to Stay Trial, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I served a copy of the foregoing by mailing same in an envelope properly addressed and with postage fully prepaid to the following non-registered participant:

Michael Sanders
400 East Jefferson, Apt. # 205
Springfield, IL 62701

Respectfully submitted,


   s/ Amy Petry Romano
Amy Petry Romano, #6270427
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: aromano@atg.state.il.us