## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL A. SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 09-3207 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CENTRAL MANAGEMENT SERVICES, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO STRIKE COMPENSATORY DAMAGES, PUNITIVE DAMAGES, LIQUIDATED DAMAGES, AND JURY DEMAND

NOW COMES the Defendant, Illinois Department of Central Management Services, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and moves to strike Plaintiff's request for compensatory damages, punitive damages, liquidated damages, and jury demand. In support thereof, Defendant states as follows:

1. Plaintiff has filed a retaliation claim against Defendant pursuant to the Americans with Disabilities Act ("ADA").

2. Plaintiff seeks compensatory damages, punitive damages, and liquidated damages. Plaintiff is not entitled to this relief. *Kramer v. Banc of America Securities, LLC,* 355 F.3d 961, 965 (7th Cir. 2004); *Black's Law Dictionary* 418 (8th Ed. 1999).

3. Plaintiff requests a jury demand. Plaintiff is not entitled to a trial by jury. *Kramer,* 355 F.3d at 966.

1

WHEREFORE, for these reasons, as more fully stated in the memorandum of law filed contemporaneously with this motion, Defendant respectfully requests this court to strike Plaintiff's request for compensatory damages, punitive damages, liquidated damages, and jury demand.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF
        CENTRAL MANAGEMENT SERVICES,

          Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois,

Amy Petry Romano, #6270427        Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706        By:   s/ Amy Petry Romano
(217)782-9056                         AMY PETRY ROMANO
    Of Counsel.                   Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 17, 2012, I electronically filed Defendant's Motion to Strike Compensatory Damages, Punitive Damages, Liquidated Damages, and Jury Demand, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I served a copy of the foregoing by mailing same in an envelope properly addressed and with postage fully prepaid to the following non-registered participant:

 Michael Sanders
 400 East Jefferson, Apt. # 205
 Springfield, IL 62701

         Respectfully submitted,

          s/ Amy Petry Romano
         Amy Petry Romano, #6270427
         Assistant Attorney General
         500 South Second Street
         Springfield, IL   62706
         Phone: (217) 782-9056
         Fax: (217) 782-8767
         E-Mail: aromano@atg.state.il.us