E-FILED
Friday, 24 February, 2012  02:56:59 PM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FEB 2 3 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL SANDERS ) | |
| ) | |
| PLAINTIFF ) | |
| ) | 09-3207 |
| v. ) | |
| ) | |
| ILLINOIS DEPARTMENT OF CENTRAL ) | |
| MANAGEMENT SERVICES ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

### PLAINTIFFS OBJECTION TO DEFENDANTS MOTION TO STRIKE COMPENSATORY DAMAGES, PUNITIVE DAMAGES, LIQUIDATED DAMAGES AND JURY DEMAND.

Now comes the pro se plaintiff, Michael A. Sanders, and requests this court to deny in its entirety the aforementioned motioned filed by Defendant.

Plaintiff Sanders requests that this court note that above captioned case is based upon an alleged violation of 42 USC 12112(d)(4)(A) and not retaliation. Plaintiff shall seek to expose the intentional retaliatory acts of Defendant in order to reveal to the jury that the IME's Defendant ordered Plaintiff to attend were contrary to Plaintiffs rights under 42 USC 12112(d)(4)(A) which states:

"A covered entity shall not require a medical examination and shall not make inquiries of

*an employee as to whether such employee is an individual with a disability or as to the nature or severity of the disability, unless such examination or inquiry is shown to be job related and consistent with business necessity."*

Thus, *Kramer v. Banc of America Securities, LLC*, 355 F.3d 961, 965 (7th Cir 2004) is dissimilar to the case before this court.

For the reasons cited above Plaintiffs requests this court to deny Defendants "MOTION TO STRIKE COMPENSATORY DAMAGES, PUNITIVE DAMAGES, LIQUIDATED DAMAGES AND JURY DEMAND" in its entirety.

## CERTIFICATE OF SERVICE

Pro se plaintiff, Michael A. Sanders, herein certifies that on February 23, 2012 he has served a copy of the foregoing instrument with all attachments, VIA HAND DELIVERY, upon:

Amy Petry Romano

Illinois Attorney Generals Office

500 South 2nd Street

Springfield, Illinois 62702

-----------------------------------------------------------------------------------------------------------------

Questions or concerns may be directed to:

Michael A. Sanders

400 E Jefferson #205

Springfield, Illinois 62701

(217)-361-2237