E-FILED
Friday, 24 February, 2012 03:00:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION



FILED
FEB 23 2012
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL SANDERS ) | |
| PLAINTIFF ) | |
| ) | 09-3207 |
| v. ) | |
| ILLINOIS DEPARTMENT OF CENTRAL ) | |
| MANAGEMENT SERVICES ) | |
| DEFENDANT ) | |

## PLAINTIFFS OBJECTION TO DEFENDANTS MOTION TO STAY TRIAL

Now comes the pro se plaintiff, Michael A. Sanders, and moves this court to deny Defendants motion to stay trial in its entirety. Defendant is engaged in arbitrary, capricious, and malicious litigation and is using Plaintiffs lack of legal expertise in order to prohibit and prevent any trial of any kind from ever taking place.

Defendants motion to stay trial cites the PRESIDING JUDGES GENERAL RULES FOR CONDUCT OF COUNSEL IN THE COURTROOM AND DURING TRIAL and notes that jury instructions must be exchanged between the parties 10 days prior to the final pre trial conference. Defendant neglects to mention that it did not exchange jury instructions which the plaintiff.

Furthermore, adequate time remains for the court to rule on the motions for summary judgment which are before this court. The final pre-trial conference may be used as a forum to resolve any remaining question that the court may have regarding the motions for summary judgment.

## CERTIFICATE OF SERVICE

Pro se plaintiff, Michael A. Sanders, herein certifies that on February 23, 2012 he has served a copy of the foregoing instrument with all attachments, VIA HAND DELIVERY, upon:

Amy Petry Romano

Illinois Attorney Generals Office

500 South 2nd Street

Springfield, Illinois 62702

---

Questions or concerns may be directed to:

Michael A. Sanders

400 E Jefferson #205

Springfield, Illinois 62701

(217)-361-2237