

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MAR 0 8 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL SANDERS ) | |
| ) | |
| PLAINTIFF ) | |
| ) | 09-3207 |
| v. ) | |
| ) | |
| ILLINOIS DEPARTMENT OF CENTRAL ) | |
| MANAGEMENT SERVICES ) | |
| ) | |
| DEFENDANT ) | |
| ) | |

## OBJECTION TO DEFENDANTS USE OF DOCKET ENTRY FROM SANGAMON COUNTY CIRCUIT COURT CASE 89-D-462

Now comes the pro se plaintiff, Michael A. Sanders, and objects to Defendants use of any material related to Sangamon County Circuit Court case 89-D-462. This objection is raised because Sangamon County Circuit Court case 89-D-462 refers to an individual identified as Michael Sanders. The plaintiff is not the individual identified in Sangamon County case 89-D-462.

Furthermore, Plaintiff is not a party to Sangamon County Circuit Court case 89-D-462. For the reasons stated above plaintiff requests the Court to bar Defendant from utilizing any information pertaining to Sangamon County Circuit Court case 89-D-462.

## CERTIFICATE OF SERVICE

Pro se plaintiff, Michael A. Sanders, herein certifies that he has served a copy of the foregoing instrument with all attachments via HAND DELIVERY on March 8, 2012 upon:

Amy Petry Romano

Illinois Attorney Generals Office

500 South 2nd Street

Springfield, Illinois 62702

---

Questions or concerns may be directed to:

Michael A. Sanders

400 E Jefferson #205

Springfield, Illinois 62701

(217)-361-2237