E-FILED
Friday, 09 March, 2012 02:45:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MAR 0 8 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL SANDERS )<br>)<br>PLAINTIFF )<br>) <br>v. )<br>)<br>ILLINOIS DEPARTMENT OF CENTRAL )<br>MANAGEMENT SERVICES )<br>)<br>DEFENDANT )<br>) | 09-3207 |

Pro se Plaintiff, Michael A. Sanders, requests the court to issue trial subpoenas for each of the following individuals which he believes are material witnesses to the matter before the court:

Victor Puckett
Department of Central Management Services
100 South Grand Avenue East
Springfield, Illinois 62762

James Davis
Department of Central Management Services
100 South Grand Avenue East
Springfield, Illinois 62762

Deborah Cowan
Central Management Services
201 East Madison street
Springfield Illinois 62794

Veronica Tozer
Department of Healthcare and Family Services
2946 Old Rochester Road
Springfield, Illinois 62703

Dr. Terry Killian
Killian and Associates, S.C.
1020 South fifth Street
Springfield, Illinois 62703

Erin Davis
CMS Staff Attorney
505 Stratton Office Building
Springfield, Illinois

Jeff Shuck
CMS Deputy General Counsel
505 Stratton Office Building
Springfield, Illinois

Mike Berk
Illinois Department of Employment Security
1300 South 9th Street
Springfield Illinois 62703

Tricia Pineda
CMS Internal Personnel
Stratton Office Building 503
Springfield, Illinois 62703

Pam Crouch
Willard Ice building
101 West Jefferson
Springfield, Illinois 62702

Julie Moscardelli
120 West Jefferson
Springfield Illinois 62702

Missy Riggins
CMS Internal Personnel
Stratton Office Building 500
Springfield, Illinois 62703

Susan Twitchell
Department of Human Services
100 south Grand Avenue East
Springfield, Illinois 62762

The Illinois Attorney General has stated that they will provide, **only to the court**, the home addresses for the following individuals who have separated from employment with the state of Illinois:

Steve Petrilli, Steve L. Miller, Christy Shewmaker, Jayme Lebshier, Jay Sergent

## CERTIFICATE OF SERVICE

Pro se plaintiff, Michael A. Sanders, herein certifies that he has served a copy of the foregoing instrument with all attachments via HAND DELIVERY on March 8, 2012 upon:

Amy Petry Romano

Illinois Attorney Generals Office

500 South 2nd Street

Springfield, Illinois 62702

---

Questions or concerns may be directed to:

Michael A. Sanders

400 E Jefferson #205

Springfield, Illinois 62701

(217)-361-2237