IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL A. SANDERS, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 09-3207 |
| ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION IN LIMINE

NOW COMES the Defendant, the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Motion in Limine, states as follows:

1. Plaintiff's evidence suggesting the independent medical examination (IME) violated Plaintiff's confidentiality should be barred, since Plaintiff never attended the IME; Defendant did not violate Plaintiff's confidentiality pursuant to the Illinois Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/1, et *seq.*; and Defendant did not violate Plaintiff's confidentiality pursuant to the Americans with Disabilities Act (ADA), 42 U.S.C. § 12112(d)(4)(B), (C). Fed. Rule Evid. 401, 402

2. The testimony of Dr. Killian should be barred, since Plaintiff never attended the IME and the ADA allows employers to inquire about an employee's fitness for duty. Fed. Rule Evid. 401, 402

3. Plaintiff should be barred from presenting evidence beyond the scope of his EEOC charge and federal complaint. *Cheek v. Western and Southern Life Ins. Co.,* 31 F.3d 497, 501 (7th Cir. 1994); Fed. Rule Evid. 401, 402.

1

4.	The testimony of Michael Berk should be barred, since Mr. Berk is not employed by Defendant and could only offer evidence outside the scope of Plaintiff's EEOC charge and complaint.  Fed. Rule Evid. 401, 402

5.	The findings and rulings of the Illinois Civil Service Commission and its Administrative Law Judge should be barred.  Fed. Rule Evid. 401, 402, 403; *Equal Employment Opportunity Commission v. Management Hospitality of Racine, Inc.*, 666 F.3d 422, 431 (7th Cir. 2012).

6.	Evidence regarding the findings and investigation by the Office of the Executive Inspector General relating to Plaintiff should be barred.  Fed. Rule Evid. 401, 402, 403; *Equal Employment Opportunity Commission v. Management Hospitality of Racine, Inc.*, 666 F.3d 422, 431 (7th Cir. 2012).

7.	Evidence regarding attorney's fees for counsel who have not entered an appearance in this case should be barred.  *Shott v. Rush-Presbyterian-St. Luke's Medical Center*, 338 F.3d 736, 739 (2003).

8.	Evidence regarding back pay should be barred.  80 Ill. Admin. Code 1.210(d).

9.	Evidence regarding undisclosed damages should be barred.  Fed.R.Civ.P. 26(a)(1)(A)(iii), 26(e), and 37(b)(2)(ii).

10.	Plaintiff's damages for alleged personal injuries should be barred. Fed. Rule Evid. 401, 402.

WHEREFORE, the Defendant, the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, prays that this honorable Court enter an order barring plaintiff from presenting testimony or other evidence regarding the claims outlined above.

                                        Respectfully submitted,

                                        ILLINOIS DEPARTMENT OF
                                        CENTRAL MANAGEMENT SERVICES,

                                            Defendant,

                                        LISA MADIGAN, Attorney General,
                                        State of Illinois,

Amy Petry Romano, #6270427          Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706              By:   s/ Amy Petry Romano
(217)782-9056                                 AMY PETRY ROMANO
Of Counsel.                                       Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2012, I electronically filed a copy of the foregoing Defendant's Motion in Limine with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service, in an envelope properly addressed and with postage fully prepaid, the above-described document to the following participant:

Michael Sanders
400 East Jefferson, Apt. # 205
Springfield, IL 62701

Respectfully submitted,

　s/ Amy Petry Romano
Amy Petry Romano, #6270427
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: aromano@atg.state.il.us