E-FILED
Monday, 12 March, 2012 02:05:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL A. SANDERS, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 09-3207 |
| ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) ) ) ) |
| Defendant. | ) |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIRMATIVE DEFENSE**

NOW COMES Defendant, the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, by and through Lisa Madigan, Attorney General of the State of Illinois, and hereby files its Memorandum of Law in Support of its Motion for Leave to File Supplemental Affirmative Defense, and states as follows:

**I.  INTRODUCTION**

On October 30, 2009, Plaintiff filed its Answer and Affirmative Defenses in this cause, containing three affirmative defenses. Defendant desires to supplement its Affirmative Defenses, with a fourth affirmative defense alleging Plaintiff failed to file a timely charge with the Equal Employment Opportunity Commission.

**II.  ARGUMENT**

Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that pleadings may be amended upon leave of court. The Rule also provides that "[t]he court should freely give leave when justice so requires." Fed.R.Civ.P. 15(a)(2). Permission to amend pleadings shall be granted unless there is evidence that the movant engaged in undue

delay, bad faith, or dilatory motive; or if the amendment will result in undue prejudice to the opposing party or will be futile. *Bausch v. Stryker Corp.,* 630 F.3d 546, 562 (7th Cir. 2010).

Here, Plaintiff failed to file his EEOC charge until two years after Defendant first required Plaintiff to attend an independent medical examination. Plaintiff's failure to file a timely EEOC charge prevents Plaintiff from proceeding on many of his claims. Defendant has not engaged in bad faith by filing its Motion for Leave, nor will the Motion result in undue prejudice. Defendant presented this defense as an issue of law in its Final Pre-Trial Order, which was submitted to Plaintiff on February 24, 2012. Plaintiff has raised no objection to Defendant raising this defense.

WHEREFORE, the Defendant, the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, prays that this honorable Court grant Defendant's Motion for Leave to Supplement Affirmative Defenses.

                                                           Respectfully submitted,

                                                           ILLINOIS DEPARTMENT OF
                                                           CENTRAL MANAGEMENT SERVICES,

                                                           Defendant,

                                                           LISA MADIGAN, Attorney General,
                                                           State of Illinois,

Amy Petry Romano, #6270427               Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706                     By:   s/ Amy Petry Romano
(217)782-9056                                        AMY PETRY ROMANO
 Of Counsel.                                           Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| MICHAEL A. SANDERS, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 09-3207 |
| ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2012, I electronically filed a Memorandum of Law in Support of Defendant's Motion for Leave to File Supplemental Affirmative Defense, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed a copy of the foregoing document to the following non-registered participant by United States Postal Service, in an envelope properly addressed and with postage fully prepaid:

Michael Sanders
400 East Jefferson, Apt. # 205
Springfield, IL 62701

Respectfully submitted,

  s/ Amy Petry Romano
Amy Petry Romano, #6270427
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: aromano@atg.state.il.us