IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

### RESPONSE TO PLAINTIFF'S REQUEST FOR ISSUANCE OF SUBPOENAS

NOW COMES Defendant, the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, by and through Lisa Madigan, Attorney General of the State of Illinois, and for its Response to Plaintiff's Request for the Court to Issue Subpoenas, states as follows:

1. On March 8, 2012, Plaintiff filed an untitled motion [Doc. 80] requesting that the Court issue subpoenas to 18 individuals, without identifying the relevant subject matter of each individual's testimony.

2. Local Rule 45.2 provides that a pro se litigant must provide the Court a statement of what relevant information the person to be subpoenaed possesses.[1]

3. Since Plaintiff has failed to provide information required by Local Rule, Defendant objects to the issuance of the requested subpoenas at this time.

4. In his motion, Plaintiff also requests that the Attorney General's Office submit the home addresses of former State employees listed in his motion to the Court for the issuance of the subpoenas. Of these former State employees, all but one has

---

[1] Local Rule 45.2 does not appear in the version of the Local Rules available on the Court's website: www.ilcd.uscourts.gov. However, Rule 45.2 is referenced in Rule 45.1. Rule 45.1 is found on the Court's website.

an address that is publicly available. For the one employee with an address that is not publicly available, Defendant objects to providing Plaintiff with this individual's home address. Defendant suggests that it can provide the Court with the address, and the Court may issue and send the subpoena.

5. However, Plaintiff should be required to comply with the Local Rules before the Court addresses obtaining addresses for the subpoenas.

WHEREFORE, the Defendant, the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, prays that this honorable Court enter an order denying Plaintiff's request for the issuance of subpoenas.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF
        CENTRAL MANAGEMENT SERVICES,

          Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois,

Amy Petry Romano, #6270427        Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706        By:   s/ Amy Petry Romano
(217)782-9056                            AMY PETRY ROMANO
  Of Counsel.                           Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| MICHAEL A. SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 09-3207 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CENTRAL MANAGEMENT SERVICES, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2012, I electronically filed Defendant's Response to Plaintiff's Request for Issuance of Subpoenas, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed a copy of the foregoing document to the following non-registered participant by United States Postal Service, in an envelope properly addressed and with postage fully prepaid:

Michael Sanders
400 East Jefferson, Apt. # 205
Springfield, IL 62701

Respectfully submitted,

　　s/ Amy Petry Romano
Amy Petry Romano, #6270427
Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: aromano@atg.state.il.us