UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-3207 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) ) ) | |
| Defendant. | ) | |

## STATUS REPORT

NOW COMES the Plaintiff, MICHAEL A. SANDERS, by and through his attorney, KEVIN A. SHIELDS of SHIELDS LAW OFFICE, LLC, and states as follows:

1. On March 26, 2012, this Court entered a Text Order requiring Plaintiff to advise the Court – by April 2, 2012 – whether Plaintiff will proceed under a theory that he is a "qualified individual with a disability" or on the basis that a nondisabled plaintiff can sue for a violation of §12112(d) of the ADA.

2. The purpose of this Status Report is to advise the Court of Plaintiff's theory of standing as required by this Court's Text Order of March 26, 2012.

3. Plaintiff will proceed under the theory that he is a qualified individual with a disability as defined in §12102 of the ADA.

1

Respectfully Submitted,

   s/ Kevin A. Shields
Kevin A. Shields, #6297617
Shields Law Office, LLC
245 NE Perry Avenue
Peoria, IL 61603
Phone: (309) 673-5004
Fax: (309) 637-5433
E-Mail: kshields@shieldslawoffice.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-3207 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on April 1, 2012, I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

**Amy Petry Romano**
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
E-Mail: aromano@atg.state.il.us

**Kelly R. Choate**
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Email: kchoate@atg.state.il.us

                                                        Respectfully submitted,

                                                            s/ Kevin A. Shields
                                                  Kevin A. Shields, #6297617
                                                  Shields Law Office, LLC
                                                  245 NE Perry Avenue
                                                  Peoria, IL 61603
                                                  Phone: (309) 673-5004
                                                  Fax: (309) 637-5433
                                                  E-Mail: kshields@shieldslawoffice.com