**E-FILED**
Tuesday, 03 April, 2012  03:41:09 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL  A.  SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S SECOND MOTION IN LIMINE

NOW COMES the Defendant, the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Second Motion in Limine, states as follows:

A.     Plaintiff's evidence supporting allegations beyond Section 12112(d)(4)(A) of the Americans with Disabilities Act (ADA) should be barred.  42 U.S.C. § 12112(d)(4)(A). In his complaint, Plaintiff only alleges Defendant violated Section 12112(d)(4)(A).  *Conner v. Illinois Department of Natural Resources*, 413 F.3d 675, 679 (7th Cir. 2005) *cert. denied* 546 U.S. 1064, 126 S.Ct. 804, 163 L.Ed.2d 663 (2005), *citing Sunstrand Corp. v. Standard Kollsman Indus., Inc.*, 488 F.2d 807, 811 (7th Cir. 1973) Further, Plaintiff has not disclosed his intention to expand his claims against Defendant beyond Section 12112(d)(4)(A).  As such, any additional claims are not relevant. Fed. Rule Evid. 401, 402.

B.     Plaintiff's evidence that he is a qualified individual with a disability should be barred.  Plaintiff's complaint did not provide any notice that Plaintiff intended to pursue a

1

claim of disability.  *Conner,* 413 F.3d at 679.  In addition, Plaintiff has not disclosed that he suffered a disability while employed by Defendant.

WHEREFORE,  the  Defendant,  the  ILLINOIS  DEPARTMENT  OF CENTRAL MANAGEMENT SERVICES, prays that this honorable Court enter an order barring Plaintiff from presenting testimony or other evidence regarding the claims outlined above.

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Amy Petry Romano, #6270427                   Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706          By:  ___s/ Amy Petry Romano_____
(217)782-9056                              AMY PETRY ROMANO
Of Counsel.                                Assistant Attorney General

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2012, I electronically filed a copy of the foregoing Defendant's Second Motion in Limine, with the Clerk of the Court using the CM/ECF system, which will send electronic notice of same to the following:

Kevin A. Shields at  kshields@shieldslawoffice.com, kevinashields@gmail.com


_____
Amy Petry Romano
Assistant Attorney General


Amy Petry Romano, #6270427
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: aromano@atg.state.il.us