UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-3207 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE PRETRIAL CONFERENCE

NOW COMES Kevin A. Shields of Shields Law Office, LLC, and by this motion requests that he be allowed to withdraw from the representation of the Plaintiff, Michael Sanders, in the above matter. In support of this motion, Kevin A. Shields states as follows.

1.  Kevin A. Shields was appointed by the court to represent the interests of the Plaintiff, Michael Sanders, in this matter on March 20, 2012.

2.  Plaintiff, Michael Sanders, and counsel have an unresolvable dispute relating to the manner in which this case should be pursued as well as other issues relation to the representation of the interests of the Plaintiff, Michael Sanders.

3.  Due to a breakdown in the relationship between the Plaintiff, Michael Sanders, and his counsel which counsel does not anticipate being repairable, it is in the best interests of the Plaintiff, Michael Sanders, to retain alternative counsel.

WHEREFORE, Kevin A. Shields, respectfully requests that he be allowed to withdraw as counsel for the Plaintiff, Michael Sanders, in the above proceeding.

1

Respectfully Submitted,

    s/ Kevin A. Shields
Kevin A. Shields, #6297617
Shields Law Office, LLC
245 NE Perry Avenue
Peoria, IL 61603
Phone: (309) 673-5004
Fax: (309) 637-5433
E-Mail: kshields@shieldslawoffice.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-3207 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on June 5, 2012, I electronically filed the foregoing with the Clerk of the

Court using the CMECF system which will send notification of such filing to the following:

**Amy Petry Romano**
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
E-Mail: aromano@atg.state.il.us

**Kelly R. Choate**
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Email: kchoate@atg.state.il.us

    Respectfully submitted,

      s/ Kevin A. Shields
    Kevin A. Shields, #6297617
    Shields Law Office, LLC
    245 NE Perry Avenue
    Peoria, IL 61603
    Phone: (309) 673-5004
    Fax: (309) 637-5433
    E-Mail: kshields@shieldslawoffice.com