**E-FILED**
Tuesday, 26 June, 2012  02:10:25 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| MICHAEL  A.  SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

NOW COMES Amy Romano, Special Assistant Attorney General, by and

through Lisa Madigan, Attorney General of the State of Illinois, and hereby enters her

appearance as Co-Counsel on behalf of the Defendant, ILLINOIS DEPARTMENT OF

CENTRAL MANAGEMENT SERVICES, in the above cause.

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,


    s/ Amy Petry Romano
Amy Petry Romano,  #6270427
Special Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: amy.romano@illinois.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| MICHAEL  A.  SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 26, 2012, I electronically filed the foregoing Notice of Appearance, as Co-Counsel on behalf of Defendant herein, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service the foregoing document to the following non-registered participant:

Michael Sanders
400 East Jefferson, Apt. # 205
Springfield, IL 62701

Respectfully submitted,


   s/ Amy Petry Romano
Amy Petry Romano,  #6270427
Special Assistant Attorney General
500 South Second Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: amy.romano@illinois.gov