IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

MICHAEL SANDERS )
)
PLAINTIFF )
) 09-3207
v. )
)
ILLINOIS DEPARTMENT OF CENTRAL )
MANAGEMENT SERVICES )
)
DEFENDANT )
)
)
)

FILED
JUL 18 2012
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PLAINTIFF'S OBJECTION TO THE ENTRY OF AMY ROMANO AS DEFENDANTS COUNSEL IN THE ABOVE CAPTIONED MATTER**

On June 19, 2012 AAG Rex Gradeless filed a motion seeking to substitute himself as counsel in Federal case 11-3445 in lieu of AAG Amy Romano. In that Motion AAG Rex Gradeless claimed that AAG Amy Romano was no longer employed by the office of the Illinois Attorney General. This Court allowed that motion and granted an extension of time in order for AAG Rex Gradeless to respond to the Plaintiffs complaint in Federal case 11-3445.[1]

Subsequent to the above Court order AAG Amy Romano filed an entry of appearance in Federal case 09-3207. Plaintiff objects to the entry of AAG Amy Romano into Federal case 09-3207 as he does not believe that AAG Romano is currently employed by the office of the Illinois Attorney General. Furthermore, Plaintiff asserts that any agreement between the office of the Illinois Attorney General and AAG Romano securing her

---

[1] Defendant's response in Federal case 11-3445 was untimely filed and constitutes a failure to proceed in that matter. That failure to proceed is sufficient grounds for summary judgment against Defendant in Federal case 11-3445. Furthermore, Defendant for the second time, failed to actually respond to the complaint in Federal case 11-3445.

participation as legal counsel in Federal case 09-3207 should be rendered null and void by this Court as she is not an employee of the office of the Illinois Attorney General's office.

## CERTIFICATE OF SERVICE

Pro se Plaintiff, Michael A. Sanders, herein certifies that on July 18, 2012 he has served a copy of the foregoing instrument, via Hand Delivery, upon:

Amber Samuelson

Assistant Attorney General

500 South Second Street

Springfield, Illinois 62706

*/s/ Michael A. Sanders*

Michael A. Sanders

400 E Jefferson #205

Springfield, Illinois 62701

(217)-361-2237