IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. 09-3207 |
| ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF COMPLIANCE

NOW COMES the Defendant, ILLINOIS CENTRAL MANAGEMENT SERVICES, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby submits its notice of compliance with the Court's directive of August 15, 2012.

1. On August 15, 2012, the Court convened a conference call that included the plaintiff, Michael Sanders, Defendant's counsel, Ms. Romano and Ms. Choate, Plaintiff's witness, Dr. Killian, and the Court. The purpose of the call was to discuss Dr. Killian's proposed trial attendance and testimony pursuant to Plaintiff's subpoena.

2. Because requiring his attendance at trial would likely cause hardship to Dr. Killian in the form of time away from his practice and loss of income, the Court instructed the parties to talk to Dr. Killian and discuss the possibility of reducing his testimony to affidavit.

3. The undersigned and Ms. Romano set up a conference call with Plaintiff and Dr. Killian immediately after the telephone conference with the Court, and the parties discussed the proposed substance of Dr. Killian's testimony.

4. Subject to the defendant's continued objection to Dr. Killian's testimony in any form as irrelevant, to the extent the Court is allowing the testimony, the defendants do not object to reducing the testimony to affidavit for Dr. Killian's convenience.

5. Though Plaintiff indicated during the call that he wants Dr. Killian's live testimony, Defendant remains willing to review an affidavit should any be proposed by Plaintiff.

    Respectfully submitted,

    ILLINOIS CENTRAL MANAGEMENT SERVICES,

      Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois

By: s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
(217) 782-9026  Phone
(217) 524-5091  Fax
E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL A. SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 09-3207 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CENTRAL MANAGEMENT SERVICES, | ) |
| | ) |
| Defendant. | ) |

    I hereby certify that on August 15, 2012, the foregoing document, Notice of Compliance, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

    None

and I hereby certify that on August 15, 2012, a copy of the foregoing document was mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Michael Sanders
Apartment 205
400 E. Jefferson
Springfield, Illinois  62701

                            Respectfully Submitted,

                            s/ Kelly R. Choate
                            Kelly R. Choate, #6269533
                            Assistant Attorney General
                            Attorney for Defendant
                            500 South Second Street
                            Springfield, Illinois  62706
                            (217) 782-9026  Phone
                            (217) 524-5091  Fax
                            E-Mail:  kchoate@atg.state.il.us