E-FILED
Friday, 24 August, 2012 03:45:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S THIRD MOTION IN LIMINE

NOW COMES Defendant, the ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Third Motion in Limine, states as follows:

1. Victor Puckett, a witness on both Plaintiff's and Defendant's witness lists was convicted of crimes that are inadmissible pursuant to Fed. R. Civ. P. 609(b) as they are over ten years old and the prejudicial effect of allowing the evidence of the convictions outweighs any possible probative value of the evidence.

2. Evidence of the crimes should not be allowed because Plaintiff did not give advanced, written notice of any intent to use the evidence as required by Rule 609(b).

3. Plaintiff should be barred, not only from eliciting any testimony regarding the convictions, but also from commenting on or alluding to the convictions in his opening or closing statements, questions to any witness or at any time in the presence of the jury.

WHEREFORE, for the above and foregoing reasons, Defendant prays this Honorable Court grant its Third Motion in Limine.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CENTRAL
    MANAGEMENT SERVICES,

      Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois

By:  s/Kelly R. Choate
    Kelly R. Choate, #6269533
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    (217) 782-9026  Phone
    (217) 524-5091  Fax
    E-Mail: kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 09-3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on August 24, 2012, the foregoing document, Defendant's Third Motion in Limine, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on August 24, 2012, a copy of the foregoing document was mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Michael Sanders
Apartment 205
400 E. Jefferson
Springfield, Illinois  62701

Respectfully Submitted,

 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
(217) 782-9026  Phone
(217) 524-5091  Fax
E-Mail:  kchoate@atg.state.il.us