# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL A. SANDERS, )<br>)<br>Plaintiff, )<br>)<br>)<br>-vs- )  No. 09-3207<br>)<br>ILLINOIS DEPARTMENT OF )<br>CENTRAL MANAGEMENT SERVICES, )<br>)<br>)<br>Defendant. ) | |

## NOTICE OF ATTORNEY'S CHANGE OF ADDRESS

NOW COMES Amy Romano, Special Assistant Attorney General, by and through Lisa Madigan, Attorney General of the State of Illinois, and hereby notifies the Court and the parties herein of the change of her address in the above cause, to Capital Development Board, 401 South Spring Street, Springfield, Illinois 62706

Respectfully submitted,

ILLINOIS DEPARTMENT OF
CENTRAL MANAGEMENT SERVICES,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

  s/ Amy Petry Romano
Amy Petry Romano,  #6270427
Special Assistant Attorney General
401 South Spring Street
Springfield, IL   62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: amy.romano@illinois.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| MICHAEL A. SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 09-3207 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CENTRAL MANAGEMENT SERVICES, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 4, 2012, I electronically filed the foregoing Notice of Attorney's Change of Address, with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I mailed by United States Postal Service the foregoing document to the following non-registered participant:

Michael Sanders
400 East Jefferson, Apt. # 205
Springfield, IL 62701

Respectfully submitted,

   s/ Amy Petry Romano
Amy Petry Romano, #6270427
Special Assistant Attorney General
401 South Spring Street
Springfield, IL 62706
Phone: (217) 782-9056
Fax: (217) 782-8767
E-Mail: amy.romano@illinois.gov