## EXHIBIT E

## PLAINTIFF'S EXHIBIT LIST

| Case Name: Sanders v. Illinois Department of Central Management Services | Case No.: 09-3207 | Page 1 of 2 |
|---|---|---|

| No. | Description | Admit without objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1 | Guard report accusing me of stealing documentation dated 2/8/05. | | | |
| 2 | Puckett email dated 2/10/05 regarding being in work area and establishing his own ABT policy. | | | |
| 3 | Puckett email dated 3/3/05 detailing his attempts to dock me a day's pay. | | | |
| 4 | Puckett email dated 3/4/05 instructing plaintiff to not have a cup of coffee on his desk. | 8/30/12 | 8/30/12 | |
| 5 | Puckett email dated 3/9/05 falsely accusing plaintiff on not monitoring schedules. | 8/30/12 | 8/30/12 | |
| 6 | Puckett email dated 3/29/05 incorrectly interpreting phone usage policies. | 8/30/12 | 8/30/12 | |
| 7 | Statement written by Chris Lehl on 5/26/05 regarding Dennis Phipps 3/31/05 retirement party | | | |
| 8 | Puckett email dated 4/13/05 regarding his belief that plaintiff is trying to keep tabs on other employees. | | | |
| 9 | ELA security report dated 4/29/05 falsely accusing plaintiff of entering a restricted area. | | | |
| 10 | Email by Debra Stout dated 5/17/05 detailing a plan to issue discipline against plaintiff for leaving his work area for 17 minutes. | | | |
| 11 | Report by ELA Security guard dated 5/24/05 claiming that he caught Plaintiff looking through the employee sign in book. | | | |
| 12 | Plaintiff's 5/26/05 AFSCME grievance response 5/26/05 regarding his 1 day suspension. | | | |
| 13 | Email from Steve Petrilli describing a disciplinary meeting and indicating that Steve Miller was involved in Sanders 1 day suspension | 8/29/12 | 8/29/12 | % |
| 14 | 6/12/05 Email from Jim Davis falsely accusing | | | |

12

*Mailled   Admitted* (handwritten column headers)

*not to Jury* (handwritten, left margin)
*not to Jury* (handwritten, left margin)
*not to Jury* (handwritten, left margin)

| | # | Description | Mailed | Admitted | |
|---|---|---|---|---|---|
| | | plaintiff of not informing Puckett of plaintiffs work activities. | | | |
| | 15 | 2 separate 6/14/05 emails between plaintiff and Jim Davis regarding Jim Davis' falsification of plaintiffs attendance records. | 8/30/12 | | |
| | 16 | Email from Debra Stout dated 6/14/05 regusing to meet with plaintiff regarding work place harassment. | 8/30/12 | | |
| | 17 | Email from Debra Stout dated 6/16/05 instructing Steve Miller to produce written instructions for plaintiff reading when he can leave his immediate work area. | 8/30/12 | *refused* | |
| | 18 | Email from plaintiff dated 6/24/05 informing management that Puckett had left his work facility for about three hours while reporting that he had been present. | 8/30/12 | 8/30/12 | |
| | 19 | 2 separate statements from Puckett and James Davis, each dated 7/12/05, informing management that plaintiff did not receive prior approval before leaving work 1 hour early on 6/25/05. | | | |
| | 20 | Email exchange dated 6/28/05 between plaintiff and Davis regarding plaintiff being disapproved 1 hour of vacation time. | | | |
| | 21 | 6/24/05 email from Puckett complaining that Plaintiff had left the work area unattended. | | | |
| | 22 | Email from Puckett dated 6/28/05 falsely accusing plaintiff of performing a "backout." | | | |
| | 23 | 6/28/05 email from Puckett complainingg that plaintiff used the wrong men's room at the work site. | | | |
| | 24 | 6/30/05 email from Puckett instructing plaintiff to not repair programs that had broken down. | 8/28/12 | 8/28/12 | o/o |
| | 25 | 7/1/05 email from Steve Miller complaining that plaintiff used the wrong type of "cart." | | | |
| | 26 | 7/1/05 email from James Davis complaining that plaintiff did not tell supervisors of his job actions. | | | |
| | 27 | 7/2/05 email from Puckett complaining that he is "teed off" at being call a bigot. | 8/28/12 | 8/28/12 | o/o |
| | 28 | 7/5/05 email by Debby Cowan indicating that she has questions regarding plaintiff's "mental" abilities. | 8/28/12 | 8/28/12 | o/o |
| | 29 | 7/8/05 email from Deb Stout requesting the send plaintiff to IME | 8/28/12 | 8/28/12 | o/o |

not Jury
to
31A - Stricken
31B -

Marked Admitted

| | # | Description | Marked | Admitted | |
|---|---|---|---|---|---|
| | 30 | 7/9/05 email from Puckett falsely complaining that plaintiff had not monitored the schedules. | | | |
| | 31 | 7/10/05 email from Jim Davis attempting to dismiss plaintiff's accusation of harassment and disparate treatment. **3/B** | 8/28/12 | 8/28/12 | |
| | 32 | 7/12/05 email chain indicating that the CMS EEO Director can attend plaintiff's disciplinary hearing but not participate | 8/30/12 | 8/30/12 | |
| | 33 | 7/26/05 Written AFSCME grievance response to plaintiff's 3 days suspension. | | | |
| | 34 | 8/3/05 email from Veronica Tozer indicating that plaintiff's 3 day suspension should be in the middle of Plaintiff's work week. | 8/30/12 | 8/30/12 | |
| | 35 | 8/16/05 email from Debby Cowan indicating that she is "getting tired" of the "racial" angle. | 8/29/12 | 8/29/12 | O/O |
| | 36 | 8/9/05 email from Puckett instructing plaintiff not to contact other units of the agency. | | | |
| | 37 | 8/9/05 email from James Davis indicating he believes Plaintiff's email regarding network services is insubordinate. | | | |
| | 38 | 8/16/05 email from Jim Davis contemplating barring plaintiff from entering the work site after hours. | | | |
| | 39 | 8/15/05 ELA guard report regarding plaintiff entering the building after hours. | | | |
| | 40 | 8/16/05 email by Debby Cowan indicating that Plaintiff intended to "do something" when he entered the work site after hours. | 8-29-12 | 8-29-12 | |
| | 41 | 8/13/05 email from plaintiff to Cowan complaining of racially disparate treatment by Puckett | | | |
| | 42 | 8/26/05 email from Puckett requesting to prevent plaintiff from performing JCL corrections.  Email regarding symbolic and generation numbers. | | | |
| | 43 | 8/27/05 email from Debby Cowan falsely stating that she had issued an order that plaintiff was not permitted to do JCL changes. | | | |
| | 44 | Statement of Chris Lehl regarding 8/26/05 incident. | | | |
| | 45 | 8/27/05 email from Victor Puckett describing the incident of 8/26/05 as "NO BIGGIE." | | 8-29-12 | |
| | 46 | Falsely dated 8/25/05 and 8/26/05 statements of Puckett regarding the incident of 8/26/05 | | | |

46 B- Statement
Puckett to Cowan            14          8-29-12      8-29-12

46 A- Statement (Victor      8-29-12      8-30-12
Puckett)

*Marked   Admitted*

| | | | | |
|---|---|---|---|---|
| 47 | 8/29/05 email from Veronica Tozer initiating an OEIG investigation of plaintiff. | | | |
| 48 | 9/8/05 email from plaintiff complaining that he was being wrongfully docked for an absence on 9/7/05. | | | |
| 49 | 9/13/05 AFSCME grievance response to disciplinary measures for the events of 8/26/05 | | | |
| 50 | 9/2/05 disciplinary package written for the events of 8/26/05. | 8/29/12 | 8/29/12 | |
| 51 | 9/21/05 email from John Woolrifge forwarding OEIG investigation number to Tozer. | | | |
| 52 | 10/27/05 letter from plaintiff protesting usage of personnel rule 303.145. | | | |
| 53 | 11/10/05 email from Veronica Tozer stating that in case we get plaintiff back we have something to fall back on (OEIG investigation). | | | |
| 54 | Findings of Civil Service Commission in DA-25-06 and DA-11-08 | | | |
| 55 | 6 letters sent to Plaintiff by CMS scheduling IME's. The letters are dated 9/21/05, 10/6/05, 4/3/06, 1/19/07, 5/23/07, 8/23/07 | 8/29/12 | 8/29/12 | |
| 56 | 1/4/07 OEIG letter concluding its investigation of plaintiff | | | |
| 57 | Schematic of production program indicating steps and return codes   *refused* | 8/28/2012 | 8/28/2012 | *Demonstrative* |
| 58 | List of steps necessary to correct a broken production program | | | |
| 59 | All CMS 2's produced by CMS between 2005-2010 which are regarding plaintiff. | | | |
| 60 | All letters sent to plaintiff by CMS, from 2005-2010 either placing plaintiff on involuntary Administrative Leave or taking plaintiff off involuntary Administrative Leave. | 8/29/12 | re'all but 8/8 pg 1 (half) 8/29/12 | *(Hand written notations stricken)* |
| 61 | December 23, 1998 Determiniation letter from EEOC regarding EEOC complaint 210981145 | | | |
| 62 | March 13, 1998 letter from the Veterans Administration Hospital providing medical diagnosis. | | | |
| 63 | May 17, 1996 letter from St. Johns Hospital to Illinois Board of Education providing medical diagnosis. | | | |

*57A*
*57B*
*not to Jury*

15

Marked Admitted

| | | | | |
|---|---|---|---|---|
| 64 | Email chain began on September 25, 2009 and responded to by Veronica Tozer regarding plaintiff's layoff. | | | |
| 65 | March 14, 2007, email from Missy Riggins detailing the efforts of Erin Davis to find a reason to force plaintiff to attend an IME | Barred | | |
| 66 | March 14, 2007, and July 31, 2007, letters from Jeff Shuck to Brad Wilson. | | | |
| 67 | 4/7/06 and 7/18/07 letters from Brad Wilson to Jeff Shuck | | | |
| 68 | 7/11/07 fax from Jeff Shuck to Brad Wilson along with Lebshier statements | 8/29/12 | 8/29/12 | |
| 69 | All emails from Amy Petry Romano to Brad Wilson from 2005-2010. | | | |
| 70 | 10/25/07 Motion to amend charges filed with the Illinois Civil Service Commission by Amy Petry Romano. | | | |
| 71 | Sanders 10/17/07 notice of discharge | | | |
| 72 | The AFSCME union contract | | | |
| 73 | EEOC complaint 846-2008-04199 | | | |
| 74 | Group Insurance Billing statements | | | |
| 75 | All determinations made by the Illinois Department of Employment Security regarding plaintiff's 2007 unemployment insurance claim. | | | |
| 76 | 10/1/07 letter from plaintiff to Pineda clarifying what the Plaintiff's "mental" state was. | | | |
| 77 | 10/30/08 & 2/24/09 orders from Sangamon County Circuit Court judge Patrick Kelly. | | | |
| 78 | 9/18/06 email from Steve Petrilli stating that it would promote an unsafe work environment if plaintiff were allowed to return to work. | | | |
| 79 | 9/20/07 email from Steve Petrilli accusing Plaintiff of making false statements and attempting to intimidate him and CMS. | | | |
| 80 | 9/5/07 letter from Dr. Terry Killian to Missy Riggins detailing his involvement. | | | |
| 81 | 10/03/08 email from Christy Shewmaker informing payroll and administrative staff that they are not to answer any questions which I make of them but rather forward the inquiry to her. Email was sent to | | | |

not to Jury

16

Marked      Admitted

| | | | | |
|---|---|---|---|---|
| | 20 individuals. | | | |
| 82 | Plaintiff's 2004 annual evaluation indicating he was rated exceeds expectations in job knowledge and productivity.  Prior to working with Puckett. | | | |
| 83 | State Holiday Schedule for years 2005, 2006, 2007, 2008, 2009, 2010. | | | |
| 84 | CMS "Certification of Accumulated Leave Upon Separation from State Service" for plaintiff's 11/23/05 and 10/17/07 discharges. | | | |
| 85 | CMS "Employee Balance Inquiry" indicating plaintiff's ABY balances upon reinstatement on 6/1/09 | | | |
| 86 | 2/4/11 statement from Illinois Comptroller detailing dates and amounts of involuntary holdings placed against plaintiff. | | | |
| 87 | Statement from shared Services indicating withholding from Sanders wages due to continuance at the Civil Service Commission. | | | |
| 88 | Plaintiff's 2008 and 2009 Federal Tax returns | | | |
| 89 | All privilege logs released by Defendant at the Illinois Civil Service Commission in DA 11-08 and in connection with Fed case 09-3207 | | | |
| 90 | Time line of material cited in this Exhibit | | | |
| 91 | Orders issued by HFS in response to Item 1 of Defendant's Exhibit List | 8/28/2012 | 8/28/2012 | |
| 92 | Email exchange between Veronica Tozer and Jayme Lebshier regarding Tozer's attempt to persuade Lebshier to represent Plaintiff at 7/11/2007 pre-D meeting | 8/13/12 | | |
| 93 | Display of the various rationales used by Jeff Shuck as the basis for the IMEs | | | |
| 94 | Select songs of 2Pac Shakur and Biggie Smalls | | | |
| 95 | Select scene from the movie "Soldier's Story" | | | |
| 96 | Defendants response interrogatories | | | |
| 97 | 9/18/06 email from Petrilli stating that plaintiff is dangerous | | | |
| 98 | 6/29/07 email between Tozer and Lebshier regarding July 2007 pre-D meeting. | 8/31/12 | 8/31/12 | |
| 99 | Privacy in the Work Place Act 820 ILCS 55/5 | | | |

*no to Jury*

*not to Jury*

| | | Marked | Admitted |
|---|---|---|---|
| 100 | 1/20/06 letter from Jeff Shuck to Amy Romano confirming reinstatement | *Barred* | |
| 101 | Mental Health and Developmental Disabilities Act | | |
| 102 | Springfield Police Report of 2/26/09 "Bomb Threat" | | |
| 103 | Verified Responses filed by Veronica Tozer with Human Rights Department and Human Rights Commission | | |
| 104 | 9/3/04 Medical statement from SIU School of Medicine & Capital Healthcare to Public Aid | | |
| 105 | Protest letters and emails with regard to "waiver" regarding back pay | | |
| 106 | Illinois Supreme Court Rules | | |
| 107 | All attestations and affidavits made by Jeff Shuck | | |

Plaintiff reserves the right to introduce any exhibits listed on Defendant's exhibit list at trial.

*not to Jury* — *Pltf* (200)   email - Petrilli   8-28-2012
201   42 USC § 12112   8-28-2012   8-28-2012   *refused*

*not to Jury* (203)   Chart   8-29-2012
205   CMS Personnel Action   8-29-2012   8-29-2012

*not to Jury* (206)   letter fo 5-17-05 re: reprimand   8-29-2012

250   e-mail of 8-29-05

8/30/12 limited purpose only

*not to Jury* (255)   email of 1-30-09   *refused* not to Jury.

*only* (300)   Transcript   8/31/2012 only page 148

*Osl* 148

18

## EXHIBIT F

### DEFENDANTS' EXHIBIT LIST

| Case Name: Sanders v. Illinois Department of Central Management Services | Case No.: 09-3207 | Page 1 of 2 |
|---|---|---|

| No. | Description | Admit Without Matter | Authentication Admitted | Objection |
|---|---|---|---|---|
| 1 | Oral reprimand dated May 25, 2004 | 8/29/12 | 8/29/12 | |
| 2 | Written reprimand dated November 10, 2004 | 8/29/12 | 8/29/12 | |
| 3 | Employee evaluation dated 2003-2004 | | | |
| 4 | Email between Plaintiff and James Davis dated 6/14/2005 (Bates 889) | | | |
| 5 | Email from Victor Puckett to Debra Stout dated May 17, 2005 | | | |
| 6 | Email from Plaintiff to Jayme Lebshier dated May 21, 2005 | 8/29/12 | 9/29/12 | |
| Grp 7 | Incident reports by Victor Puckett (Bates 830, 708, 1801, 14, 275, and 276) | | | |
| 8 | Notice of pre-disciplinary hearing dated September 2, 2005 | | | |
| 9 | Incident reports by Jayme Lebshier | | | |
| 10 | Letters from Jeff Shuck to Bradley Wilson | 8/29/12 | 8/29/12 | |
| 11 | Charges for one-day suspension served by Plaintiff on June 8, 2005 | 8/29/12 | 8/29/12 | |
| 12 | Charges for three-day suspension served by Plaintiff from August 10, 2005 to August 13, 2005 | 8/29/12 | 8/29/12 | %O |

19

| No. | Description | Admit Without Objection | Authentication | Objection |
|-----|-------------|------------|----------------|-----------|
| 13 | Letters from Plaintiff to Dr. Killian | | 8/29/12 | |
| 14 | Charges for discharge dated November 23, 2005 | | | |
| 15 | Charges for 30-day suspension dated August 1, 2007 | | | |
| 16 | Charges for discharge dated October 17, 2007 | | | |
| 17 | Statement from Jayme Lebshier regarding telephone call with Plaintiff on June 13, 2006 | | | |
| 18 | Memo from Plaintiff to Tricia Pineda dated October 1, 2007 | | | |
| *19 | Group Insurance Program Insurance Premium Billing Statements | | | |
| *20 | Incorrect Payroll Deduction sheets | | | |
| *21 | Salary Earnings Statements | | | |
| *22 | Certification of Accumulated Leave Upon Separation from State Service | | | |
| *23 | Time and Attendance Employee Balance Inquiries | | | |
| *24 | Time and Attendance Lump Sum Adjustment forms | | | |
| *25 | Outstanding Involuntary Withholding Inquiries | | | |
| *26 | Waiver of Posting between Defendant and AFSCME for position Plaintiff assumed upon reinstatement | | | |
| *27 | Plaintiff's claims for back wages | | | |
| *28 | Back wage worksheets | | | |
| *29 | Letters from Kathleen Davlin to Plaintiff | | | |
| *30 | Waiver of back wages dated September 9, 2009 | | | |
| *31 | Invoice Voucher for interest on back wages | | | |

20

| No. | Description | Admit Without Objection (Marked) | Authenticity (Marked) | Objection |
|-----|-------------|------|------|------|
| 32 | Incident reports by James Davis | 8/30/2012 | 8/30/2012 | |
| 33 | Plaintiff's EEOC Complaint and right to sue letter | 8/30/2 | 8/30/2 | |
| 34 | Position Description | | | |
| 35 | E-mail dated 3/31/05 from Puckett to Cowan (Bates 814) | | | |
| 36 | Memorandum dated 5/3/05 from Plaintiff to Cowan (initial disc. p. 2) | | | |
| 37 | E-mail from Jim Davis to Veronica Tozer dated 5/4/05 (Bates 2567) | | | |
| 38 | E-mail from Davis to Puckett dated 5/12/05 (Bates 869) | | | |
| 39 | E-mail chain Jim Davis/Steve Petrilli dated 5/24/05-5/25/05 (Bates 880-881) | 8-30-12 | 8/30/12 | |
| 40 | E-mail chain 6/25/05-6/28/05 between Puckett/Petrilli/Cowan and Stout (Bates 800-801) | | | |
| 41 | E-mail chain 7/1/05 between Davis/Stout/Green/Tozer/Shewmaker (Bates 805-806) | 8/30/12 | 8/30/12 | |
| 42 | E-mail from Sanders to Puckett/Stout/Petrilli/Davis/Cowan/Lebshier dated 7/2/05 and Davis forward (Bates 785) | | | |
| 43 | E-mail from Cowan to Stout/Davis/Miller/Petrilli dated 7/5/05 (Bates 666). | | | |

21

| No. | Description | Admit Without Market | Authentication Market | Objection |
|-----|-------------|------------|------------|-----------|
| 44 | E-mail chain between Puckett/Sanders/Davis/Cowan/Stout et. al. Dated 7/9/05-7/11/05 (Bates 558-560) | | | |
| 45 | Forward to Steve Petrilli of 6/12/05 E-mail from Davis to Sanders (Bates 782) | | | |
| 46 | E-mail exchange between Puckett/Sanders/Davis/Cowan dated 8/9/05 (Bates 1057-1058) | 8/30/12 | 8/30/12 | |
| 47 | E-mail exchange between Cowan and Stout referencing e-mail exchange between Sanders/Puckett dated 8/9/05 (Bates 685-686) | 8/29/12 | 8/29/12 | |
| 48 | E-mail between Cowan and Stout referencing an 8/16/05 e-mail of Jim Davis (Bates 689) | | | |
| 49 | E-mail exchange between Cowan/Stout/Petrilli/Puckett dated 9/9/05 (Bates 691) | | | |
| 50 | E-mail exchange between Victor Puckett and Sanders et al, dated 2/10/05 9Bates 429) | 8.30.12 | 8.30.12 | |
| 51 | E-mail exchange between Vicktor Puckett and Michael Sanders dated 2/11/05 (bates 1900-1901) | | | |
| 52 | E-mail exchange between Victor Puckett and Michael Sanders dated 3/9/05 (Bates 453) | | | |
| 53 | E-mail from Victor Puckett to Michael Sanders dated 2/10/05 (Bates 2587) | | | |
| 54 | E-mail from Jim Davis to Michael Sanders dated 6/12/05 (Bates 885) | | | |

| No. | Description | Admit Without Objection | Authentication | Objection |
|---|---|---|---|---|
| 55 | E-mail exchange between Steve Petrilli, Michael Sanders, and Victor Puckett dated 6/10/05 - 6/13/05) | 8/29/12 | 8/29/12 | |
| 56 | E-mail exchange between Michael Sanders and Jim Davis dated 6/12/-5-6/14/05 (Bates 891) | | | |
| 57 | E-mail exchange between Victor Puckett and Michael Sanders dated 6/24/05 (Bates 803-804). | 8/29/12 | 8/29/12 | |
| 58 | E-mail exchange between Victor Puckett and Michael Sanders dated 6/30/05 (Bates 321) | | | |
| 59 | E-mail exchange between Michael Sanders and Victor Puckett dated 6/30/05 - 7/2/05 (Bates 1013)(Same with additional note as #42) | | | |
| 60 | E-mail exchange between Victor Puckett and Michael Sanders dated 7/2/05 (Bates 948) | | | |
| 61 | E-mail from Victor Puckett to Michael Sanders dated 5/12/05 (Bates 784) | | | |
| 62 | E-mail exchange between Davis and Sanders dated 8/9/05 - 8/13/05 (Bates 1059) | 8/29/12 | 8/29/12 | |
| 63 | E-mail from Michael Sanders to Debbie Cowan dated 9/8/05 (Bates 693) | | | |
| 100 | Written memo from Sanders to Veronica Tozer faxed (dated 6-29-12) | 8/30/12 | 8/3/12 | |

*Exhibits 19-31 will be only be offered in the damages part of trial.

Defendant reserves the right to introduce any exhibits listed on Plaintiff's exhibit list at trial.

24

## EXHIBIT G

## PROPOSED JURY INSTRUCTIONS

The parties tendered proposed jury instructions on March 9, 2012.

25