E-FILED
Tuesday, 04 September, 2012  03:43:51 PM
Clerk, U.S. District Court, ILCD

We have ~~not~~ marked
a verdict

Karen Richie
Foreperson

FILED

AUG 3 1 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Court Exhibit
1