## VERDICT FORM B

On Plaintiff's claim that the Defendant violated his rights under the Americans With Disabilities Act, we, the jury, find in favor of the Defendant, Illinois Department of Central Management Services, and against the plaintiff.

s/Foreperson
_____

Foreperson

s/Juror                                    s/Juror
_____                  _____

s/Juror                                    s/Juror
_____                  _____

s/Juror                                    s/Juror
_____                  _____

s/Juror
_____



FILED

AUG 3 1 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS