IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL A. SANDERS, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 09-3207 |
| ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) |
| Defendant. | ) |

FILED
AUG 2 9 2012
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

STIPULATION OF THE TESTIMONY OF DR. KILLIAN

The Parties stipulate that if called to testify, Dr. Killian would testify as follows:

1. That he was contracted by Illinois Department of Central Management Services to provide independent mental health exams for state employees.

2. That when an employee was sent to him for an independent mental health exam, he would first discuss with the employee the purpose of the exam and that his determination of fitness for duty would be provided to the employer.

3. That it was his practice to have the employee repeat that information back to him. If the employee did not agree that information obtained as a result of the exam could be provided to the employer, the exam would not take place.

4. That Dr. Killian would then notify the employer that the employee did not proceed with the exam.

_____
Michael Sanders, Plaintiff

_____
Kelly Choate, Attorney for Defendant