# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**MICHAEL A. SANDERS**                    )
                                          )
                                          )
        vs.                      )   Case Number: **09-3207**
                                          )
                                          )
**ILLINOIS DEPARTMENT OF**                )
**CENTRAL MANAGEMENT SERVICES**

## JUDGMENT IN A CIVIL CASE

**XXX   JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the verdict rendered on August 31, 2012 by eight jurors:  judgment is entered in favor of the defendant, Illinois Department of Central Management Services and against the plaintiff, Michael Sanders.

**Dated:**  September 5, 2012

                                            s/ Pamela E. Robinson
                                            Pamela E. Robinson
                                            Clerk, U.S. District Court