AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the  
Central District of Illinois

| | |
|---|---|
| MICHAEL SANDERS, | ) |
| | ) |
| v. | )   Case No.: 09-3207 |
| ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES, | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  __09/05/2012__  against  __Plaintiff, Michael Sanders__,
                                                                    *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ 0.00 |
| Fees for service of summons and subpoena ................................ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,973.40 |
| Fees and disbursements for printing ....................................... | 0.00 |
| Fees for witnesses *(itemize on page two)* ................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................. | 0.00 |
| Docket fees under 28 U.S.C. 1923 ........................................ | 0.00 |
| Costs as shown on Mandate of Court of Appeals ........................... | 0.00 |
| Compensation of court-appointed experts ................................. | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ............................................ | 0.00 |
| **TOTAL** | **$ 1,973.40** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service          ☑ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   __s/Kelly R. Choate__

Name of Attorney:   __Kelly R. Choate__

For:  __Illinois Department of Central Management Services__   Date: __09/13/2012__
       *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                    *Deputy Clerk*                    *Date*

## UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# I N V O I C E

Invoice No. 092011-DMN1                                    TAX I.D.#: _____

**DAVIS REPORTING SERVICE**
(MAKE CHECK PAYABLE TO CHERYL A. DAVIS)
3 HICKORY HILLS DRIVE
SPRINGFIELD, IL 62707
217/546-6868

DATE:        October 15, 2011

TO:          **MS. AMY PETRY ROMANO**
             Assistant Attorney General
             Office of the Attorney General, State of Illinois
             500 South Second Street
             Springfield, Illinois 62706

RE:          **Michael A. Sanders vs. Illinois Department of Central Management Services**
             **Case No.: 09-3207**

___

| DESCRIPTION | AMOUNT |
|---|---|

The deposition of **Michael Sanders**, taken on September 20, 2011, beginning at 10:00 a.m. and ending at 4:55 p.m. at the Sangamon County Courthouse, 200 South Ninth Street, Room 405, Springfield, Illinois.

Original of transcript (condensed with index)
  **M. Sanders** -- 417 pages @ $2.95 page                                $1,230.15
E-mailed depo in PDF format on 10-15-11                                   no charge
Reporter's attendance fee:                                                  $280.00
                                            **TOTAL:**     **$1,510.15**

*(Condensed copy provided, at no charge, for the deponent to read and sign.)*

**THANK YOU!
YOUR BUSINESS IS SINCERELY APPRECIATED!!**

Terms: Net 30 days. Accounts over 45 days are subject to a service charge of 1-½% monthly, which is an annual percentage rate of 18%.

```
AO44
(Rev. 11/07)
```

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

INVOICE NO: 01103262

**MAKE CHECKS PAYABLE TO:**

Kelly Choate
Illinois Attorney General
500 S. Second Street
Springfield, IL 62701

Phone:

KATHY J. SULLIVAN, CSR, RPR
United States Court Reporter
600 E. Monroe - Room 324
Springfield, IL 62701

Phone: (217) 525-4199

kathy_sullivan@ilcd.uscourts.gov

☐ CRIMINAL    ☒ CIVIL    DATE ORDERED: 08-13-2012    DATE DELIVERED: 08-21-2012

**Case Style:** 09-3207, Michael A. Sanders v Illinois Department of CMS
Pre-trial conferencs held on March 16, 2012 and June 6, 2012.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 109 | 4.25 | 463.25 | | 0.90 | | | 0.60 | | 463.25 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

Misc. Desc.                                                    MISC. CHARGES:

TOTAL: 463.25

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $463.25

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Kathy Sullivan*    DATE: 8-21-12

(All previous editions of this form are cancelled and should be destroyed)