IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL A. SANDERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-cv -3207 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CENTRAL MANAGEMENT | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

RICHARD MILLS, U.S. District Judge:

Before the Court is Plaintiff Michael A. Sanders' Motion to Hold Jayme Lebshier in Contempt of Court and/or Convict Her of Perjury [d/e 142], and the Defendant's Bill of Costs [d/e 138].

I.

The Plaintiff seeks to have the Court either hold a witness in contempt of court, or convict her of perjury. The Court notes at the outset that Judge Sue E. Myerscough, who presided at trial, has recused herself, and that this case was transferred to the undersigned. Therefore, the undersigned did not benefit from hearing the live testimony at trial.

1

However, the Court has reviewed an audio recording of the jury trial proceedings of the late afternoon of August 30, 2012, and the morning of August 31, 2012. The Court has also had an opportunity to review the transcript of proceedings before the Illinois Civil Service Commission.[1]

The issues raised in the Plaintiff's Motion were fully before the Court during the trial, and fully set forth on the record. The alleged inconsistencies in Ms. Lebshier's testimony were discussed during direct examination and cross examination. The Plaintiff had the opportunity to impeach Ms. Lebshier.

The Court declines to pursue contempt proceedings against Ms. Lebshier.

The Court cannot summarily convict an individual of perjury. If the Plaintiff believes that the witness committed perjury in this action, he may contact the U.S. Attorney's Office. If the Plaintiff believes that the witness committed perjury before the Illinois Civil Service Commission, he may contact the State's Attorney.

---

[1] The Court reviewed pages 141 through 156 of Plaintiff's Exhibit 300.

## II.

The Defendant has filed its Bill of Costs [d/e 138]. The Defendant has filed an Objection [d/e 141] to same, requesting that the Court take no action pending the termination of the appeal in this action.

The Court will take no action on the Bill of Costs [d/e 138] until the appeal is resolved.

## III.

*Ergo*, Plaintiff Michael A. Sanders' Motion to Hold Jayme Lebshier in Contempt of Court and/or Convict Her of Perjury [d/e 142] is DENIED.

The Court will take no action on the Bill of Costs [d/e 138] until the Plaintiff's appeal is resolved.

IT IS SO ORDERED.

ENTER: October 2, 2012

FOR THE COURT:            */s/ Richard Mills*
                          _____
                          Richard Mills
                          United States District Judge