E-FILED
Wednesday, 21 November, 2012  09:16:54 AM
Clerk, U.S. District Court, ILCD

FILED

NOV 20 2012

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL SANDERS ) | |
| ) | |
| PLAINTIFF ) | |
| ) | CASE: 09-3207 |
| ) | |
| v. ) | |
| ) | |
| ILLINOIS DEPARTMENT OF CENTRAL ) | |
| MANAGEMENT SERVICES ) | |
| ) | |
| DEFENDANT ) | |

## MOTION FOR WAIVER OF THE COSTS OF TRANSCRIPTS

On November 1, 2012 Appellant appealed to the Court of Appeals for the Seventh Circuit for a waiver transcript costs in the appeal of the above captioned matter. On November 6, 2012 the Court of Appeals denied the requests stating that Appellant must first seek waiver of transcript costs from the District Court.

Now comes the pro-se Appellant, Michael A. Sanders, and motions this District Court for an waiver of transcript costs. Appellant participated in a 4 day jury trial in the above captioned matter. On 8/31/12 the jury found against the pro-se Appellant. Appellant has appealed the 8/31/12 jury verdict finding against him to the Court of Appeals for the Seventh Circuit.

Appellant does not request nor require the entire transcript of this case but will need access to certain relevant testimony. In support of this motion Appellant states as follows:

- That on 11/23/10 he was discharged from employment, appellant avers, due to his participation in the above captioned matter.

- That he has appealed the 8/31/12 jury verdict finding against him to the Court of Appeals for the Seventh Circuit.

- That in order to complete the appeal he will need transcripts of the testimony of Jeffrey Shuck, Jayme Lebshier and Debby Cowan. It is to be understood that this request includes all conversations which took place while the jury was not present.

- That he is preparing to change residences as a result of indigence.

- That he is currently unemployed and has exhausted his unemployment compensation

Wherefore appellant requests this Court to waive the costs of the above mentioned transcripts.

## CERTIFICATE OF SERVICE

Pro se Appellant, Michael A. Sanders, herein certifies that on November 19, 2012, he has served a copy of the foregoing instrument (by placing in the United States Mail in Springfield Illinois postage fully pre-paid) upon:

Kelly Choate

Illinois Attorney General

500 South Second Street

Springfield, Illinois 62706

---

Questions or concerns may be directed to:

Michael A. Sanders

400 E Jefferson #205

Springfield, Illinois 62701

(217)-361-2237