IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MICHAEL A. SANDERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 09-cv-3207 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CENTRAL MANAGEMENT | ) |
| SERVICES, | ) |
| | ) |
| Defendant. | ) |

ORDER

RICHARD MILLS, U.S. District Judge:

Pro se Plaintiff Michael A. Sanders' Motion for the Waiver of the Costs of Transcripts [d/e 149] is allowed for the following reasons.

I.

On September 5, 2012, a jury found in favor of the Defendant, Illinois Department of Central Management Services, and against the Plaintiff. *See* Verdict [d/e 133].

The Plaintiff filed his Notice of Appeal [d/e 139] on September 28, 2012, and the case was transferred to the undersigned on October 1, 2012. On October 2, 2012, the undersigned allowed the Plaintiff to

appeal in forma pauperis.  *See* Order [d/e 146].  In that Order, the Court concluded that the Plaintiff is indigent, and that the appeal was brought in good faith.

The Plaintiff requests that a portion of the trial transcript be provided free of cost so that he may appeal the judgment in this case. The Court applauds the Plaintiff for limiting his request to only that portion of the trial that he deems necessary for his appeal.

II.

A litigant who has been granted in forma pauperis status may move to have transcripts produced at government expense.  Two statutes must be considered whenever the District Court receives a request to prepare transcripts at the government's expense.

First, 28 U.S.C. § 1915(c) defines the limited circumstances under which the Court can direct the government to pay for transcripts for a litigant proceeding in forma pauperis.

> (c) Upon the filing of an affidavit in accordance with subsections (a) and (b) and the prepayment of any partial filing fee as may be required under subsection (b), the court may direct payment by the United States of the expenses of (1) printing the record on appeal in any civil or criminal case, if such printing is required by the appellate court; (2) preparing a transcript of proceedings before a United States

magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under section 636(b) of this title or under section 3401(b) of title 18, United States Code; and (3) printing the record on appeal if such printing is required by the appellate court, in the case of proceedings conducted pursuant to section 636(c) of this title.  Such expenses shall be paid when authorized by the Director of the Administrative Office of the United States Courts.

28 U.S.C. § 1915(c).

Second, 28 U.S.C. § 753(f) allows the Court to order the government to pay for transcripts only if "the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal." 28 U.S.C. § 753(f).  A request for a transcript at government expense should not be granted unless the appeal presents a substantial question.

The Court again finds that the appeal is not frivolous, *see* Order [d/e 146], and now finds that the appeal presents a substantial question and that a transcript is probably needed by the Court of Appeals to adjudicate the appeal.

### III.

*Ergo*, pro se Plaintiff Michael A. Sanders' Motion for the Waiver of the Costs of Transcripts [d/e 149] is ALLOWED.

3

The Court Reporter is directed to prepare the portion of the transcript requested by the Plaintiff, and forward a copy of same to his current address (1430 Loveland Ave, Springfield, IL 62703). The Court Reporter is authorized to have the cost of preparing the transcript be paid by the United States. The Court Reporter is directed to seek reimbursement from the Director of the Administrative of Office of U.S. Courts. *See* 28 U.S.C. § 1915(c); Guide to Judiciary Policy, Vol. 6, Ch. 5, § 550.

The Court notes that delivery of the transcript is unlikely to take place until next year, due to other demands upon the Court Reporter and the coming holiday season.

The Clerk of Court is directed to forward a copy of this order to the Court of Appeals.

IT IS SO ORDERED.

ENTER: December 19, 2012

FOR THE COURT:               */s/ Richard Mills*
                      _____
                              Richard Mills
                       United States District Judge